*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV3392`                    Assigned/Issued By: `AEE`

Judge Name: `DARRAH`                       Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00      ☐ $5.00

                ☐ IFP         ☐ No Fee      ☐ Other _____

                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              *(Victim, Against and $ Amount)*

☐ Writ _____                  ☐ Other
       *(Type of Writ)*                    _____
                                           _____
                                           *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                        (Date)
_____

_____