IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TRAVELERS INDEMNITY COMPANY,** | ) | |
| | ) | **FILED: JUNE 12, 2008** |
| | ) | **08CV3392** |
| **Plaintiff,** | ) | No. **JUDGE DARRAH** |
| | ) | **MAGISTRATE JUDGE VALDEZ** |
| v. | ) | **AEE** |
| | ) | |
| **ANGUS CONTRACTORS, INC., an Illinois** | ) | |
| **Corporation and LORI ANGUS, an individual,** | ) | |
| | ) | |
| **Defendants.** | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Plaintiff, Travelers Indemnity Company, in accordance with Local Rule 3.2, hereby states that its parent corporation is the Travelers Property Casualty Corporation and that no other entity owns 5% or more of its stock.

Respectfully submitted,

**TRAVELERS INDEMNITY COMPANY**

Dated: June 12, 2008         By:  /s/ Robert S. Grabemann
                                  One of Its Attorneys

Robert S. Grabemann
Timothy M. Schaum
DASPIN & AUMENT, LLP
227 West Monroe Street
Suite 3500
Chicago, Illinois 60606
(312) 258-1600

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES, along with a copy of the Complaint, to be personally served, on or about the 13th day of June, 2008 on:

| | |
|---|---|
| Angus Contractors, Inc. | Lori Angus |
| c/o John M. Riccione, its registered agent | 4N211 Woodland Trails |
| 1 IBM Plaza, Suite 3000 | W. Wayne, Illinois 60184 |
| Chicago, Illinois 60611 | |

                    /s/   Robert S. Grabemann
                       Robert S. Grabemann