# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number: 08 C 3392
TRAVELERS INDEMNITY COMPANY
v.
ANGUS CONTRACTORS, INC. and LORI ANGUS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LORI ANGUS individually, and as ANGUS CONTRACTORS, INC.

| |
|---|
| NAME (Type or print)<br>JOHN M. RICCIONE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ John M. Riccione |
| FIRM<br>ARONBERG GOLDGEHN DAVIS & GARMISA |
| STREET ADDRESS<br>330 N. WABASH AVENUE, SUITE 1700 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209375 | TELEPHONE NUMBER<br>312/828-9600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |