U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08 C 3392
TRAVELERS INDEMNITY COMPANY
v.
ANGUS CONTRACTORS, INC. and LORI ANGUS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LORI ANGUS individually, and as ANGUS CONTRACTORS, INC.

| | |
|---|---|
| NAME (Type or print) <br> JILLIAN S. COLE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jillian S. Cole | |
| FIRM <br> ARONBERG GOLDGEHN DAVIS & GARMISA | |
| STREET ADDRESS <br> 330 N. WABASH AVENUE, SUITE 1700 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279025 | TELEPHONE NUMBER <br> 312/828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |