IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) No. 08 C 3392 <br> ANGUS CONTRACTORS, INC. and ) <br> LORI ANGUS ) <br> ) <br> Defendants. ) | |

**AGREED MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADINGS**

Defendants, Angus Contractors, Inc. ("AGI") and Lori Angus, and with the agreement of Plaintiff, moves for an extension of time within which to file their responsive pleadings to the Complaint. In support of this Motion, Defendants state as follows:

This case involves the audit and recalculation of workers' compensation insurance premiums by Plaintiff and Plaintiff's assertion that premiums in addition to those already paid by Defendant, Angus Contractors, Inc., for the policy periods ending in 2003 and 2004. While Defendant disputes the conclusion of the audit, the Parties, through their respective counsel have agreed to voluntarily share the details of the audit and attempt to reach an accord before having to file additional pleadings.

Given the time necessary to gather this information, submit it to Defendants counsel and allow Defense counsel to review and analyze it, and the press of other matters on the Parties' counsels' docket, the Parties agree that it would be worthwhile to extend the time within which Defendant should be required to file their responsive pleading in this matter.

AGI was served with Summons on or about June 17, 2008 and Lori Angus was served with Summons on or about July 2, 2008. Accordingly, their respective responsive pleadings

would otherwise be due on July 7, 2008 and July 22, 2008, respectively. The Parties, request that the time for filing responsive pleadings be extended for both Defendants, to August 25, 2008.

The Parties believe that this short extension and delay will likely lead to either a complete resolution or a narrowing of the issues in dispute, either of which will result in fostering judicial economy.

WHEREFORE, the Parties jointly and respectfully request that this Honorable Court enter an order allowing Defendants to file their responsive pleading to the Complaint on August 25, 2008, and grant such other and further relief as this Court deems just and reasonable under the circumstances.

Dated: July 3, 2008

| s/ Robert S. Grabemann | s/ John M. Riccione |
|---|---|
| Robert S. Grabemann, Esq.<br>Attorney for Plaintiff<br>Daspin & Aument LLP<br>227 W. Monroe Street, Suite 3500<br>Chicago, Illinois 60606<br>PH: 312-258-1600<br>Fax: 312-258-1955<br>E-mail: rgrabemann@daspinaument.com | John M. Riccione, Esq.<br>Attorney for Defendants<br>Aronberg Goldgehn Davis & Garmisa<br>330 N. Wabash Avenue, Suite 1700<br>Chicago, Illinois 60611<br>PH: 312-828-9600<br>Fax: 312-828-9635<br>E-mail: jriccione@agdglaw.com |

*Prepared by:*

John M. Riccione, Esq.
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
Phone No. (312) 828-9600

487854.v1