# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, )<br>          Plaintiff,            )<br>                                            )<br>     vs.                                  )<br>                                            )   No. 08 C 3392<br>ANGUS CONTRACTORS, INC. and )<br>LORI ANGUS                        )<br>                                            )<br>          Defendants.          ) | |

## NOTICE OF MOTION

TO:   Robert S. Grabemann
      Daspin & Aument LLP
      227 W. Monroe Street, Suite 3500
      Chicago, Ilinois 60606

    PLEASE TAKE NOTICE that on **July 15, 2008** at **9:00a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in the courtroom usually occupied by him, in Room 1203 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Agreed Motion to Extend Time for Filing Responsive Pleadings.**

                                          ANGUS CONTRACTORS, INC.

                                            By: s/ John M. Riccione
                                                   One of their attorneys

John M. Riccione
Paul A. Greenberg
Jillian S. Cole
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 1700
Chicago, Illinois 60611
312/828-9600

## CERTIFICATE OF SERVICE

      John M. Riccione, an attorney, on oath states that he caused copies of the foregoing Motion to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9.

                                        s/ John M. Riccione

487901.v1