## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 08 C 3392 |
| ANGUS CONTRACTORS, INC. and | ) | |
| LORI ANGUS | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, Angus Contractors, Inc. ("ACI") and Lori Angus

("Angus")(sometimes collectively referred to as "Defendants"), pursuant to Rule

12 (b) (6) of the Federal Rules of Civil Procedure, move to dismiss the

Complaint of Plaintiff, Travelers Indemnity Company ("Plaintiff" or "Travelers").

In support of their Motion, Defendants state as follows:

## II.  FACTS

In this case, Travelers is attempting to turn what is at most a simple

breach of contract cause of action into a claim for fraud. ACI is in the business

of furnishing labor on public works projects. (Compl., ¶7, a true and accurate

copy of Plaintiff's Complaint is attached hereto as Exhibit A.) From July 1,

2002 through July 1, 2004, Travelers was ACI's worker's compensation carrier.

On or about June 28, 2002, ACI, by and through its insurance agent, Pinnacle

Insurance Agency, Inc., submitted an application to National Council on

Compensation Insurance ("NCCI") for assigned risk worker's compensation

insurance coverage.  (Ex. A, ¶12)  The application was signed by Angus. (Ex. A, ¶12)  Under applicable industry rules, once an employer is unable to obtain worker's compensation insurance coverage in the open market, it may seek such coverage in the "involuntary" market.   (Ex. A, ¶13)  In such cases, the employer submits an application for insurance coverage to the NCCI which in turn randomly assigns the employer to an insurance company in the assigned risk plan.  (Ex. A, ¶13)

In about late June or early July, 2002, NCCI assigned Travelers as the servicing carrier for ACI's assigned risk worker's compensation insurance coverage.  (Ex. A, ¶14) Thereafter, Travelers issued ACI a worker's compensation insurance policy number 898X2520 effective July 1, 2002 through July 1, 2003.  (Ex. A, ¶14)  In or about July 2003, Travelers renewed ACI's policy for another one year term.  (Complaint, ¶14)  (Ex. A; Exs. 1 and 2 thereto.)

The worker's compensation policies were retrospective in nature. At the beginning of each policy period, ACI was to estimate the premium to be paid for each policy.  Then, at the end of the policy period, Travelers was entitled to audit ACI's books and records to determine what, if any, additional premiums were actually due for the relevant policy period.  (Ex. A, ¶15)  Travelers' right to audit ACI's records was constrained by a strict three-year time limitation:

> **We may conduct the audits during regular business**
> **hours during the policy period and within three**
> **years after the policy period ends.   Information**

**developed by audit will be used to determine final**

**premium**.

(Ex. A., Exs. 1 and 2 thereto, at 4, Par. G).

The 2002-2003 policy period ran from July 1, 2002 to July 1, 2003.  (Ex. A, ¶17)  On or about July 22, 2003 Travelers conducted an audit of ACI's books and records to determine the actual amount of premiums due under the policy. (Ex. A, ¶17)  Based upon ACI's books and records, Travelers calculated the total earned premium to be $130,573.00.  (Ex. A, ¶17)

The 2003-2004 policy period ran from July 1, 2003 to July 1, 2004.  On or about July 27, 2007, Travelers audited ACI and determined that $99,375.00 was due.  (Ex. A, ¶18)

Travelers alleges that unbeknownst to it at the time of the audits, ACI's records were "incomplete."  (Ex. A, ¶19) Sometime well after the audit limitation period had run, Travelers purportedly conducted an independent review of ACI records and re-audited both policies. (Ex. A, ¶22) It concluded that an additional $1.167 million was due in premiums.  (Ex. A¶22)

ACI, having already paid the amounts requested under the initial audits, refused to pay the baseless amount requested following the time-barred re-audit. As a result, Travelers sued ACI for for breach of contract (Count I) and fraud (Count II).  For the reasons set forth below, Plaintiff's Complaint is insufficient in law and should be summarily dismissed

### III.  RULE 12(b)(6) STANDARDS

Surviving a Rule 12(b)(6) motion "requires more than labels and conclusions.... Factual allegations must be enough to raise a right to relief above the speculative level[.]" Bell Atl. Corp. v. Twombly, --- U.S. ----, 127 S.Ct. 1955, 1965, 167 L.Ed.2d 929 (2007);  Pugh v Tribune Co., 521 F.3d 626 (7th Cir. 2008).  In addition, a plaintiff can plead himself out of court by alleging facts that show there is no viable claim. McCready v. eBay, Inc., 453 F.3d 882, 888 (7th Cir.2006).

### IV.  ARGUMENT

**A.      Travelers' claims are time-barred by application of the policies' audit limitation period.**

Contractual limitations periods are routinely enforced under Illinois law. Taylor v. Western and Southern Life Ins. Co., 966 F.2d 1188, 1203 (7th Cir. 1991); Village of Lake in the Hills v. Illinois Emcasco Ins. Co., 153 Ill. App. 3d 815, 817, 506 N.E.2d 681, 683 (2nd Dist. 1987)(parties may validly to set a reasonable time limit within which a suit on the contract must be filed); Western Coal & Dock Co. v. Traders Ins. Co., 122 Ill. App. 138, 139 (2nd Dist. 1905) ("The validity of a contract between the parties limiting the time within which the action may be brought has been often sustained and is not questioned here."); Florsheim v. Travelers Indemnity Co., 75 Ill. App. 3d 298, 303, 393 N.E.2d 1223, 1228 (1st Dist. 1979)(any suit filed after the contractual period has expired is barred unless the insurer has, by some conduct or representation, waived the requirement.)

Here, both insurance policies, which are attached to and incorporated by reference in Plaintiff's Complaint as Exhibits 1 and 2, require that audits be conducted within three years of the end of the policy.[1]  The 2003-2004 policy ran from July 1, 2003 to **July 1, 2004**.  (Ex. A, ¶18)  By Plaintiff's own admission, it didn't conduct its audit to determine the final premiums due under that policy until July 27, 2007, more than three weeks after the expiration of the audit limitation period.   (Ex. A, ¶18)  As a result, Plaintiff cannot maintain a claim based upon the audit of the second policy.  Since Counts I and II are based upon calculations performed in connection with the audit of the second policy, the Complaint should be dismissed.

B.      **Plaintiff's request for additional premiums from ACI violates Section 5/143.17a of the Illinois Insurance Code and, therefore, is invalid.**

Under Section 5 of the Illinois Insurance Code, a company intending to renew any policy of insurance with an increase in premium of 30% or more must mail or deliver to the insured written notice of such increase at least 60 days prior to the renewal or anniversary date.  215 ILCS 5/143.17a.  According to Subsection C of Section 5/143.17a, a company which fails to provide the requisite notice must renew the expiring policy under the same terms and conditions for an additional year or until the effective date of any similar insurance is procured by the insured, whichever is earlier.  More importantly, if

---

[1] It is axiomatic that a copy of a written instrument that is an exhibit to a pleading is part of the pleading for all purposes.  F.R.Civ.P. 10 (c).

5

the company wishes to increase the premium after it has failed to give the requisite notice as provided by Subsection B, the increase must be less than 30% of the prior policy's premium, and notice of such increase must be delivered to the insured on or before the date of expiration of the current policy period.

ACI estimated that its premiums for the renewed or second policy would be $94,705 for the policy period of 2003-2004.  (Ex. A, Ex. 2 thereto)  Plaintiff is attempting to obtain almost one million dollars more in premiums from ACI on the renewal or second policy issued to ACI.  That would equate to 10 times the amount of the previous year's premium of $72,764, or over a 1000% increase.  But Plaintiff has failed to plead that it gave the requisite notice to ACI and cannot, therefore, plead a legally cognizable cause of action that it is entitled to anything more than what it collected in connection with the second policy running from July 1, 2003 to July 1, 2004.  Plaintiff's Complaint must, therefore, be dismissed.

C. **Plaintiff's fraud claim is insufficient in law because, in addition to failing to comply with Rule 9 of the Federal Rules of Civil Procedure, it is nothing more than a breach of contract action.**

Rule 9 of the Federal Rules of Civil Procedure requires that in alleging fraud, a party must state with particularity the circumstances constituting the fraud.  Fed .R. Civ. P. 9.  Mere allegations of fraud, corruption or conspiracy, which are averments to conditions of mind, are too conclusional to satisfy the

particularity requirement, no matter how many times such accusations are repeated. <u>Flynn v. Merrick</u>, 881 F.2d 446, 449 (7th Cir. 1989). And injury from fraud must be more than just damages arising from a breach of contract. <u>Bucciarelli-Tieger v. Victory Rocords, Inc.</u>, 488 F. Supp.2d 702, 711 (N.D. Ill. 2007). Illinois recognizes fraud claims in the context of contract disputes only for cases involving (1) fraud in the negotiation process, or (2) a fiduciary or other special legal relationship between parties giving rise to a duty to speak. <u>General Electric Railcar Leasing Services Corp. v. Carlson Marketing Group, Inc.</u>, 1991 WL 70319 (N.D.Ill.)

Here, Plaintiff alleges that Angus is guilty of fraud because "the records provided by [ACI] and Angus at the audits of the 2002-2003 and 2003-2004 policies were incomplete." These are the same allegations which form the basis of Plaintiff's breach of contract claim. Simply injecting fraud rhetoric into a breach of contract action does not transform it into a claim for fraud. <u>Id</u> at *2. There are no new or different injuries alleged in the fraud claim; both claims seek additional insurance premiums. Moreover, there are no allegations of any fraud in the negotiation process, and ACI didn't owe Travelers a fiduciary duty as a matter of law. As such, Count II must be dismissed.

   D.    **Plaintiff's fraud claim is also barred by the general prohibition against promissory fraud.**

Under Illinois law, "[p]romissory fraud is a false representation of intent concerning future conduct, such as a promise to perform a contract when there is no actual intent to do so." <u>Houben v. Telular Corp.</u>, 231 F.3d 1066, 1074

(7th Cir. 2000) (applying Illinois law); accord <u>Doherty v. Kahn</u>, 289 Ill. App. 3d 544, 562 (1st Dist. 1997) (abrogated on other grounds).  As a general rule, "promissory fraud is not actionable in Illinois." <u>Houben</u>, 231 F.3d at 1074; <u>Doherty</u>, 289 Ill. App. 3d at 562.  An exception to this rule exists for promissory fraud if the promise is part of a scheme to defraud.  <u>Health Care Services, Inc. v. Mt. Vernon Hosp., Inc.</u>, 131 Ill. 2d 145, 168 (1989).

Promissory fraud is a disfavored cause of action in Illinois because it "is easy to allege and difficult to prove." <u>Bower v. Jones</u>, 978 F.2d 1004, 1012 (7th Cir. 1992) (applying Illinois law). Thus, "the burden on a plaintiff claiming promissory fraud is deliberately high," and the plaintiff must "be able to point to specific, objective manifestations of fraudulent intent – a scheme or device." Bower, 978 F.2d at 1012. "If the rule were otherwise, anyone with a breach of contract claim could open the door to tort damages by alleging that the promises broken were never intended to be performed." <u>Bower</u>, 978 F.2d at 1012.

Allegations of a pattern of broken promises and deceptions or a "particularly egregious" broken promise provide an indication of such a scheme to defraud.  <u>J.H. Desnick v. American Broad. Cos</u>., 44 F.3d 1345, 1354 (7th Cir. 1995) (applying Illinois law).  A particularly egregious broken promise is typified by one in which the breach occurs so soon after the promise was made that the court may infer that the promisor never intended to keep it. <u>Zic v. Italian Gov't Travel Office</u>, 130 F. Supp. 2d 991, 995-996 (N.D. Ill. 2001) (applying Illinois law). On the other hand, however, if several months are

alleged to have passed between the promise and the breach, the court may not

infer a fraudulent intent on the part of the defendant.  Zic, 130 F. Supp. 2d at

995-996 (one year too long to support an inference of fraudulent intent);

Razdan v. General Motors Corp., 979 F. Supp. 755, 759 (N.D. Ill. 1997)

(applying Illinois law) ("several months" too long).

　　　　In this case, Plaintiff is attempting to do precisely what the prohibition

against promissory fraud is intended to prevent, i.e., to turn a garden variety

contract action into a fraud claim.  By Plaintiff's own admission, Angus is being

accused of failing to fulfill an alleged promise to produce payroll records years

after the end of each policy period.  (Ex. A, ¶¶19, 31)  Accordingly, Count II

should be dismissed to the extent it is based on Defendants' alleged failure to

perform any contractual obligation.

　　　　WHEREFORE, Defendants, Angus Contractors, Inc. and Lori Angus,

respectfully request that this Honorable Court grant their Motion and dismiss

Plaintiff's Complaint, and grant such other and further relief as this Court

deems just and reasonable.

　　　　Dated: August 25, 2008

　　　　　　　　　　　　　　　　　s/ John M. Riccione

　　　　　　　　　　　　　　　　　John M. Riccione, Esq.
　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　Aronberg Goldgehn Davis & Garmisa
　　　　　　　　　　　　　　　　　330 N. Wabash Avenue, Suite 1700
　　　　　　　　　　　　　　　　　Chicago, Illinois 60611
　　　　　　　　　　　　　　　　　PH: 312-828-9600
　　　　　　　　　　　　　　　　　Fax: 312-828-9635
　　　　　　　　　　　　　　　　　E-mail: jriccione@agdglaw.com

493503

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY, | ) | |
| | ) | **FILED: JUNE 12, 2008** |
| Plaintiff, | ) | **08CV3392** |
| | ) No. | **JUDGE DARRAH** |
| v. | ) | **MAGISTRATE JUDGE VALDEZ** |
| | ) | **AEE** |
| ANGUS CONTRACTORS, INC., an Illinois | ) | |
| Corporation and LORI ANGUS, an individual, | ) | |
| | ) | |
| Defendants. | ) | <u>**JURY TRIAL DEMANDED**</u> |

## <u>COMPLAINT</u>

Plaintiff, Travelers Indemnity Company ("Travelers"), a Connecticut corporation, by its undersigned attorneys, for its Complaint against defendants Angus Contractors, Inc. ("Angus Contractors") and Lori Angus, alleges as follows:

### <u>INTRODUCTION</u>

1.     This is an action by Travelers against Angus Contractors for breach of contract and against Angus Contractors and its president, Lori Angus, for fraud.  Travelers provided workers' compensation insurance coverage to Angus Contractors under policies of insurance covering the periods July 1, 2002 – 2003 and July 1, 2003 - 2004.  Under the terms of the policies, Angus Contractors was to completely and fully disclose to Travelers all of its payroll by classification so that Travelers could calculate the proper premiums due.  Despite this obligation, Angus Contractors, and its president, Lori Angus, intentionally under-reported hundreds of thousands of dollars of payroll in order to obtain workers' compensation insurance coverage from Travelers at far less than the proper premium amount.  As a direct and proximate result of defendants' scheme, Travelers has suffered damages in excess of $1.167 million.



EXHIBIT
A

<u>PARTIES</u>

2.      Plaintiff Travelers is a Connecticut corporation with its principal place of business located in Hartford, Connecticut.  Travelers is engaged in the business of providing workers' compensation and other insurance coverage.

3.      Defendant Angus Contractors is an Illinois corporation with its principal place of business located in Wayne, Illinois.  Angus Contractors is engaged in the business of installing steel rebar in poured concrete slabs such as sidewalks concrete retaining walls and concrete sidewalls.

4.      Defendant Lori Angus, an individual, is a resident of the State of Illinois.  Lori Angus is the president of Angus Contractors.

<u>JURISDICTION AND VENUE</u>

5.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332 (a)(1) as this is an action between citizens of different states wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(1) and (2) in that the defendants reside in this judicial district and a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

<u>FACTUAL BACKGROUND</u>

7.      Angus Contractors has been in business since about 1994.  The company operates as a subcontractor on public projects supplying the labor to place steel reinforcement bar to add strength to poured concrete slabs for street and highway perimeter concrete surfaces such as sidewalks, retaining walls and sidewalls.  The company operates out of an office at the home of its president, Lori Angus, at 4N211 Woodland Trail, Wayne, Illinois 60184.

8.     The majority of Angus Contractors' projects result from offers to bid which are solicited from general contractors with whom Angus Contractors has worked in the past.  The remaining work is obtained from bidding on projects that Angus Contractors learns about from reviewing various construction related web sites.

9.     Angus Contractors bids on projects based on blueprints and job specifications, among other things, prepared by project designers.  The project designers are typically municipal or state engineers or employees of the engineering firm hired to do the project design.  Angus Contractors then prepares a bid which is submitted to the general contractor, municipality or State of Illinois.

10.    Bids for the public projects on which Angus Contractors works are usually awarded during November or December.  If Angus Contractors is the successful bidder, its project manager will attend pre-construction planning meetings during the winter and set up a plan for completing the jobs the next year.

11.    At the start of the construction season, Angus Contractors will typically rehire the foremen and union laborers who had been laid off at the end of the previous construction season. During the construction season, Angus Contractors will typically have multiple jobs going on concurrently.  Most projects can be completed in a few days.  Some may take a week or more. All of the laborers, except the foremen, will be laid off when a job is completed.  The laborers will then be rehired, as needed, for other projects.

<u>Angus Contractors' Workers' Compensation Insurance Policies</u>

12.    On or about June 28, 2002, Angus Contractors, by and through its insurance agent, Pinnacle Insurance Agency, Inc., submitted an application to the National Council on

Compensation Insurance ("NCCI") for assigned risk workers' compensation insurance coverage. The application was signed by Lori Angus.

13.    Under applicable industry rules, once an employer is unable to obtain workers' compensation insurance coverage in the open market, it may seek such coverage in the "involuntary" market. In such cases, the employer submits an application for insurance coverage to the NCCI which in turn randomly assigns the employer to an insurance company in the assigned risk plan.

14.    In about late June or early July, 2002 the NCCI assigned Travelers as the servicing carrier for Angus Contractors' assigned risk workers' compensation insurance coverage. Travelers then issued Angus Contractors it workers' compensation insurance policy number 898X2520 effective July 1, 2002 through July 1, 2003. In or about July 2003, Travelers renewed Angus Contractors' workers' compensation insurance policy for another one year term. Copies of Angus Contractors' 2002-2003 and 2003-2004 workers' compensation insurance policies are attached hereto as Exhibits 1 and 2 respectively.

15.    Pursuant to the terms of its workers' compensation insurance policies, Angus Contractors was to estimate at the onset of each policy period the premium that was due for the insurance coverage provided during that policy period. The estimated premium was to be based on Angus Contractors' payroll by job classification plus or minus certain other factors, such as the company's "experience modification" which is a multiplier based on the company's loss record. At the conclusion of each policy period, Travelers was entitled under the terms of the insurance policies to audit Angus Contractors' books and records to determine the amount of premium actually due for the relevant policy period.

16.    The terms and conditions of Angus Contractors' workers' compensation insurance policies required it to keep records of information needed to compute the actual premium at the conclusion of each policy period, and to make those records available to Travelers when requested.  In order to determine the proper premium owed, Angus Contractors was obligated to maintain and make available accurate and complete records of its business activities, the number of employees on its payroll, and the total amount of its payroll.  Travelers relies on the accuracy of the information supplied to it by its insureds, such as Angus Contractors, since  without honest and truthful information Travelers cannot compute the actual amount of premium due at the conclusion of each policy term.

The 2002 – 2003 and 2003 - 2004 Policies

17.    The 2002-2003 policy period ran from July 1, 2002 to July 1, 2003.  Pursuant to the terms of the policy, on or about July 22, 2003 Travelers conducted an audit of Angus Contractors' books and records to determine the actual amount of premium due under the policy. Based on the records made available to it by Angus Contractors and Lori Angus, Travelers calculated that the total earned premium owed under the policy was $130,573.00.

18.    The 2003-2004 policy period ran from July 1, 2003 to July 1, 2004.  Pursuant to the terms of the policy, on or about July 27, 2007 Travelers conducted an audit of Angus Contractors' books and records to determine the actual amount of premium due under the policy. Based on the records made available to it by Angus Contractors and Lori Angus, Travelers calculated that the total earned premium owed under the policy was $99,375.00.

19.    Unbeknownst to Travelers, the records provided by Angus Contractors and Lori Angus at the audits of the 2002-2003 and 2003-2007 policies were incomplete.  In or about March 2007, Travelers was contacted by a representative of the Illinois Department of Financial

and Professional Regulation ("IDFPR") who was in the process of investigating Angus Contractors. The IDFPR representative informed Travelers that he had reason to believe that Angus Contractors had underreported its payroll to Travelers. Based on information provided by the IDFPR, Travelers submitted a Freedom of Information Act request to the Illinois Department of Transportation ("IDOT") requesting certified payroll records for jobs performed by Angus Contractors during the period 2002 through 2004.

20.    Under applicable IDOT regulations, subcontractors on all IDOT projects are to submit weekly, signed certified payroll reports to IDOT. These reports detail the employees working on a particular project, the number of hours worked, and the employee's wages for the week. IDOT requires that certified payroll reports be prepared by the subcontractor, and contain a signed certification by the subcontractor as to their accuracy.

21.    Travelers has obtained certified payroll records from IDOT for the following projects on which Angus Contractors worked during the 2002-2003 and 2003-2004 policy periods: Job Nos. 62309, 62332, 80485, 60075, 82462, 82309, 60464, 60864, 60479, 62100, 62074, 60919, 60918, 62036, 62117, 62092, 60963, 62103, 62115, 62352 and 62353.

22.    The certified payroll records obtained by Travelers for these projects evidence an additional $1,100,814 in payroll for the 2002-2003 policy and an additional $855,166 in payroll for the 2003-2004 policy over and above what Angus Contractors and Lori Angus disclosed to Travelers during the audits of these policies. As a result, Travelers based its premium calculations on incomplete information which understated Angus Contractors' actual payroll during the two policy periods. Since learning of defendants' deception, Travelers has recalculated the premiums due based on the information provided by Angus Contractors and Lori Angus together with the additional payroll reflected in the certified payroll records obtained from

IDOT. The total amount of unpaid premiums for the two policy periods is not less than $1.167 million. Travelers has demanded that Angus Contractors pay it the proper premiums due under the 2002-2003 and 2003-2004 insurance policies. Despite repeated demands, Angus Contractors has refused, and continues to refuse, to pay Travelers the proper amounts due under these policies.

<u>COUNT I</u>
(Breach of Contract)

23.    Travelers realleges paragraphs 1 through 22 as though fully set forth herein.

24.    The policies for workers' compensation insurance issued by Travelers to Angus Contractors constitute contracts for the provision of workers' compensation insurance.

25.    In consideration of the proper premium payments to be made by Angus Contractors, Travelers provided workers' compensation insurance coverage to Angus Contractors for the periods July 1, 2002 – 2003 and July 1, 2003 - 2004.

26.    During those periods, and thereafter, Angus Contractors was obligated to pay Travelers the proper premiums due based on Angus Contractors' actual payroll distributed by classification.

27.    Angus Contractors has breached its contracts of insurance with Travelers by failing to pay Travelers the proper premium amounts due.

28.    As a result of Angus Contractors' material breach of its contractual obligations, Travelers has suffered damages in an amount of not less than $1.167 million.

29.    Travelers is entitled to prejudgment interest on the amounts due it from Angus Contractors.

WHEREFORE, Travelers prays for the following relief against Angus Contractors:

a.    judgment in its favor in an amount of not less than $1.167 million;

b.   prejudgment interest;

c.   its costs; and

d.   such further relief as the Court may deem appropriate.

COUNT II<br>(Fraud)

30.    Travelers realleges paragraphs 1 through 29 as though fully set forth herein.

31.    Angus Contractors and Lori Angus represented to Travelers at the various audits, and thereafter, that the records and other information made available to Travelers reflected the actual payroll attributable to Angus Contractors' operations during the 2002-2003 and 2003-2004 policy periods.

32.    In truth and fact, and contrary to the representations of Angus Contractors and Lori Angus, the records that Angus Contractors and Lori Angus made available to Travelers understated the payroll attributable to Angus Contractors by more than $1.9 million.  Based on this under-reported payroll, the amount of unpaid premiums due Travelers is not less than $1.167 million.

33.    Angus Contractors and Lori Angus knew that the records and other information that they supplied to Travelers at the various audits did not accurately reflect Angus Contractors' payroll during the 2002-2003 and 2003-2004 policy periods.  Angus Contractors and Lori Angus intended that Travelers rely on the false records in order to further their scheme to obtain workers' compensation insurance coverage at less than the proper premium amount.

34.    Travelers relied on Angus Contractors and Lori Angus' false representations to its detriment in issuing and providing workers' compensation insurance to Angus Contractors in return for premium payments that were far less than what Travelers otherwise would have been entitled to receive had it been given complete and truthful information.

35.    As a result of Angus Contractors and Lori Angus' fraudulent conduct, Travelers has been damaged in an amount of not less than of $1.167 million.

36.    Due to the egregious nature of Angus Contractors and Lori Angus' conduct, Travelers is entitled to an award of punitive damages.

WHEREFORE, Travelers prays for the following relief against Angus Contractors and Lori Angus:

a.    judgment in its favor for compensatory damages in an amount of not less than $1.167 million;

b.    punitive damages in the amount of $3.0 million;

c.    its costs; and

d.    such further relief as the Court may deem appropriate.

TRAVELERS DEMANDS A TRIAL BY JURY ON ALL MATTERS TRIABLE TO A JURY.

Respectfully submitted,

TRAVELERS INDEMNITY COMPANY


By:__ Robert S. Grabemann _____
        One of Its Attorneys


Robert S. Grabemann
Timothy M. Schaum
DASPIN & AUMENT, LLP
227 West Monroe Street
Suite 3500
Chicago, Illinois 60606
(312) 258-1600

08 CV 3392
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ
AEE

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| ANGUS CONTRACTORS, INC., an Illinois | ) | |
| Corporation and LORI ANGUS, an individual, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

### Exhibit Index

Exhibit 1………Angus Contractors, Inc.'s 2002-2003 Workers' Compensation Insurance Policy

Exhibit 2………Angus Contractors, Inc.'s 2003-2004 Workers' Compensation Insurance Policy

# EXHIBIT 1



Travelers Property Casualty
A Member of Travelers Group

# SAFETY SERVICES

**Notice to policy recipient:** If you are not the person directly responsible for the accident prevention activities for your company, please direct this Safety Services notice to the person that is directly responsible for them.

## SAFETY IS OUR CONCERN

Thank you for purchasing your Workers' Compensation insurance. Along with your agent, we appreciate your business and welcome the opportunity to be of service.

An important part of that service concerns accident prevention and safety engineering. Our Loss Prevention & Engineering Division has the experience, resources and capabilities to provide a range of safety services including site surveys, phone consultations or the provision of selected safety material. The following are some examples of our available services:

**Accident Prevention** - Our staff can help you identify present and potential safety hazards in your operations, premises and equipment, recommending measures for reducing or eliminating these hazards.

**Analysis of Accident Causes** - Although you investigate and keep records of accidents, we're available to help if needed.

**Safety Consultations** - Our field staff, supported by Home Office and field specialists, can help you with special problems such as ergonomics.

**Industrial Hygiene/Health Services** - We have the facilities and resources to answer your questions concerning job related industrial hygiene/health issues and to measure exposure to industrial hygiene hazards.

**Safety Videos and Literature** - We can provide you with basic videos and literature to assist you in your loss control efforts. Also, we can put you in contact with several companies able to provide additional safety materials including brochures, pamphlets and videos.

**Safety Training** - We can help you improve your safety training programs.

**Internet Website** - Visit the Loss Prevention & Engineering website page for helpful safety information. **(http://www.travelerspc.com/safety).** This website also has hot links to other safety-related Internet sites. For all requests for loss control assistance **ONLY**, please directly contact your local office listed on the following pages

**The Travelers will provide these services upon request. Telephone consultation is also available if the nature of the operations and hazards warrant such service. See the rest of this document for the Loss Prevention & Engineering office nearest to you.**

## SAFETY IS YOUR CONCERN

U. S. employers spend billions of dollars each year on the direct and indirect costs of work-related accidents. Dollar figures can't begin to reflect the pain and suffering of an injured worker and his or her family. But they do give some indication of the multiple consequences of a job-related accident... loss of time, interrupted production, damaged materials and equipment, the expense of retraining or replacing an injured worker, possible legal action from government regulatory agencies, and increased insurance costs.

It makes good sense for both employers and their employees to actively participate in a sound accident prevention program. The success of such a program depends to a large extent on your commitment to safety procedures and accident prevention techniques. Safety is a management concern. Maybe we can help.

You may want to consider the following **"Safety Checkpoints"** as you evaluate your organization's safety activities:

### SELF-INSPECTION PROGRAM:
* Do you conduct periodic surveys of premises?... equipment?... operations?
* Do you analyze each job to find inherent hazards?
* If you discover hazards, do you follow up with immediate corrective action?
* Do you monitor such action to make sure it is implemented and effective?

### ACCIDENT INVESTIGATION:
* Do you investigate each accident?...determine the cause?
* Do you take immediate steps to prevent a recurrence?
* Do you keep records of accident investigations and follow-up measures?
* Do you complete accident statistics and analyze trends?

### EDUCATION AND TRAINING
* Do you take the time to train each of your employees to perform tasks safely?
* Do more-experienced employees receive training to correct bad habits that have developed over time?
* Do all employees understand that safety is an important part of their jobs?



EXHIBIT
1

FIELD OFFICE INFORMATION <u>FOR SAFETY SERVICES ONLY</u>

**ALABAMA**
Birmingham
3000 Riverchase Galleria,
Suite 600
Birmingham, AL 35244
(205) 982-4583

**ALASKA**
Seattle
1501 4th Avenue, Suite 400
Seattle, WA 98101
(206) 464-3471

**ARIZONA**
Phoenix
10000 N. 31st Ave., Suite D-300
P.O. Box 29034
Phoenix, AZ 85038-9034
(602) 861-8649

**ARKANSAS**
Dallas
7920 Belt Line Road
P.O. Box 660055
Dallas, TX 75266-0055
(972) 866-4194

**CALIFORNIA**
Diamond Bar
21688 Gateway Center Drive
P.O. Box 6512
Diamond Bar, CA 91765-8512
(909) 612-3500

Los Angeles
880 South Figueroa St. Suite 500
Los Angeles, CA 90017
(213) 533-3682

Sacramento
11090 White Rock Road
Rancho Cordova, CA 95670
(916) 638-6404

Walnut Creek
225 Lennon Lane, Suite 200
P.O. Box 8090
Walnut Creek, CA 94596-8090
(925) 945-4171

**COLORADO**
Denver
7600 E. Orchard Rd., Suite 380
Englewood, CO 80111
P.O. Box 173713
Denver, CO 80217
(303) 740-1691

**CONNECTICUT**
Hartford
300 Windsor Street
Hartford, CT 06120
(860) 954-7117

Stratford
99 Hawley Lane
Stratford, CT 06497
(203) 380-3535

**DELAWARE**
Baltimore
8013 Corporate Drive
White Marsh, MD 21236-4975
(410) 931-5159

**DISTRICT OF COLUMBIA**
Washington, DC
14048 Park East Circle
Chantilly, VA 20151
(703) 818-6765

**FLORIDA**
Orlando
1000 Legion Place
P.O. Box 3555
Orlando, FL 32802-3555
(407) 649-2596

**GEORGIA**
Atlanta
4400 North Point Parkway
Alpharetta, GA 30022
(770) 521-3020

**HAWAII**
Diamond Bar
21688 Gateway Center Drive
P.O. Box 6512
Diamond Bar, CA 91765-8512
(909) 612-3500

**IDAHO**
Portland, OR
9600 SW Oak St., Suite 430
P.O. Box 3841
Portland, OR 97208-3841
(503) 452-3269

**ILLINOIS**
Chicago
190 S. LaSalle Street
Suite 960
Chicago, IL 60603
(312) 609-2929

Naperville
215 Shuman Boulevard
P.O. Box 3208
Naperville, IL 60566-7208
(630) 961-8074

**INDIANA**
Indianapolis
6081 E. 82nd St.,
P.O. Box 50485
Indianapolis, IN 46250-0485
(317) 841-2966

**IOWA**
Kansas City
7600 College Blvd.
Overland Park, KS 66210
(913) 661-3679

**KANSAS**
Kansas City
7600 College Blvd.
Overland Park, KS 66210
(913) 661-3679

**KENTUCKY**
Louisville
9100 Shelbyville Road, Suite 250
Louisville, KY 40222
(502) 423-5447

**LOUISIANA**
New Orleans
3900 N. Causeway, Suite 860
Metairie, LA 70002
P.O. Box 61479
New Orleans, LA 70161-1479
(504) 832-7560

**MAINE**
Portland
207 Larrabee Road Suite 3
Westbrook. ME 04092
(207) 857-2021

**MARYLAND**
Baltimore
8013 Corporate Drive
White Marsh, MD 21236-4975
(410) 931-5159

**MASSACHUSETTS**
Boston
125 High Street
Oliver Street Tower 18th Floor
Boston, MA 02101
(617) 772-2628

Hudson
1 Cabot Road, Suite 200
Hudson, MA 01749
(508) 562-4908

Quincy
300 Crown Colony Drive
Quincy, MA 02169
P.O. Box 943
Boston, MA 02103-0943
(617) 984-1281

**MICHIGAN**
Grand Rapids
3777 Sparks Ave., SE
P.O. Box 3010
Grand Rapids, MI 49501-0323
(616) 942-4344

Southfield
26555 Evergreen Rd., Suite 1240
Southfield, MI 48076-4385
(248) 423-2299

WUNT1C01

## FIELD OFFICE INFORMATION <u>FOR SAFETY SERVICES ONLY</u> (Cont'd)

**MINNESOTA**
Minneapolis
6465 Wayzata Blvd., 5th Floor
P.O. Box 35
Minneapolis, MN 55440-0035
(952) 541-4265

**MISSISSIPPI**
New Orleans
3900 N. Causeway, Suite 816
Metairie, LA 70002
P.O. Box 61479
New Orleans, LA 70161-1479
(504) 832-7560

**MISSOURI**
St. Louis
One City Place Drive
Creve Coeur, MO 63141
P.O. Box 66852
St. Louis, MO 63166-6852
(314) 994-2372

Kansas City
7600 College Blvd.
Overland Park, KS 66210
(913) 661-3679

**Missouri Workers'**
**Compensation Plan (MWCP)**
951 Hornet Drive
P.O. Box 42021
Hazelwood, MO 63042-2309
(314) 551-3208

**MONTANA**
Portland, OR
9600 SW Oak Street, Suite 430
P.O. Box 3841
Portland, OR 97208-3841
(503) 452-3269

**NEBRASKA**
Omaha
1044 North 115th St., Suite 210
P.O. Box 3367
Omaha, NE 68103-0367
(402) 498-4627

**NEVADA**
Walnut Creek
225 Lennon Lane, Suite 200
P.O. Box 8090
Walnut Creek, CA 94596-8090
(925) 945-4171

**NEW HAMPSHIRE**
Portland, ME
207 Larrabee Road Suite 3
Westbrook. ME 04092
(207) 857-2021

**NEW JERSEY**
Morris Plains
1100 American Road, 2nd Floor
Morris Plains, NJ 07950
(973) 606-5299

Philadelphia
1800 JFK Blvd., 3rd Floor
Philadelphia, PA 19103
(215) 523-5292

**NEW MEXICO**
Dallas
7920 Belt Line Road
P.O. Box 660055
Dallas, TX 75266-0055
(972) 866-4194

**NEW YORK**
Albany
80 Wolf Road
P.O. Box 199
Albany, NY 12201-0199
(518) 454-4556

Buffalo
60 Lakefront Blvd.
P.O. Box 242
Buffalo, NY 14240-0242
(716) 855-5673

East Meadow
90 Merrick Ave., 4th Floor
East Meadow, NY 11554-1593
(516) 296-2238

New York
One Whitehall Street
New York, NY 10004-2108
(212) 859-3436

Rochester
75 Town Centre Drive
P.O. Box 23235
Rochester, NY 14692-3235
(716) 321-8101

Syracuse
440 South Warren Street
P.O. Box 4963
Syracuse, NY 13221-4963
(315) 424-7231

**NORTH CAROLINA**
Charlotte
11440 Carmel Commons Blvd.
P.O. Box 473500
Charlotte, NC 28247-3500
(704) 540 3216

Raleigh
3733 National Drive, Suite 200
Raleigh, NC 27612
(919) 420-1860

**NORTH DAKOTA**
Minneapolis
6465 Wayzata Blvd., 5th Floor
P.O. Box 35
Minneapolis, MN 55440-0035
(952) 541-4265

**OHIO**
Cincinnati
895 Central Avenue, Suite 800
Cincinnati, OH 45202
(513) 639-5361

Cleveland
Skylight Office Tower
1660 W. 2nd St., Suite 500
Cleveland, OH 44113-1454
(216) 348-7512

**OKLAHOMA**
Tulsa
9820 East 41st Street, Suite 401
P.O. Box 3510
Tulsa, OK 74101
(918) 624-2730

**OREGON**
Portland, OR
9600 SW Oak Street, Suite 430
P.O. Box 3841
Portland, OR 97208-3841
(503) 452-3269

**PENNSYLVANIA**
Harrisburg
5001 Louise Drive
Mechanicsburg, PA 17055
(717) 691-5101

Philadelphia
1800 JFK Blvd., 3rd Floor
Philadelphia, PA 19103
(215) 523-5292

Pittsburgh
800 Two Chatham Center
Pittsburgh, PA 15219-2502
(412) 338-3082

Reading
1105 Berkshire Blvd.
P.O. Box 13426
Wyomissing, PA 19612-3426
(610) 371-3724

**RHODE ISLAND**
Quincy
300 Crown Colony Drive
Quincy, MA 02169
P.O. Box 943
Boston, MA 02103-0943
(617) 984-1281

## FIELD OFFICE INFORMATION FOR SAFETY SERVICES ONLY (Cont'd)

**SOUTH CAROLINA**
Charlotte
  11440 Carmel Commons Blvd.
  P.O. Box 473500
  Charlotte, NC 28247-3500
  (704) 540-3216

**SOUTH DAKOTA**
Omaha
  1044 North 115th St., Suite 210
  P.O. Box 3367
  Omaha, NE 68103-0367
  (402) 498-4627

**TENNESSEE**
Memphis
  6750 Poplar Ave., Suite 408
  P.O. Box 171812
  Memphis, TN 38187
  (901) 756-3011

Nashville
  902 Overlook Blvd., Suite 150
  Brentwood, TN 37027
  (615) 372-7747

**TEXAS**
Dallas
  7920 Belt Line Road
  P.O. Box 660055
  Dallas, TX 75266-0055
  (972) 866-4194

Houston
  10800 Richmond Ave., Suite 120
  P.O. Box 42928
  Houston, TX 77242-2928
  (713) 787-4027

**UTAH**
Denver
  7600 E. Orchard Rd., Suite 380
  Englewood, CO 80111
  P.O. Box 173713
  Denver, CO 80217
  (303) 740-1691

**VERMONT**
Portland
  207 Larrabee Road, Suite 3
  Westbrook, ME 04092
  (207) 857-2021

**VIRGINIA**
Richmond
  300 Arboretum Place
  P.O. Box 26426
  Richmond, VA 23260-6426
  (804) 330-6060

Washington, DC
  14048 Park East Circle
  Chantilly, VA 20151
  (703) 818-6765

**WASHINGTON**
Seattle
  1501 4th Avenue, 10th Floor
  Settle, WA 98101
  (206) 464-3471

**WEST VIRGINIA**
Pittsburgh
  800 Two Chatham Center
  Pittsburgh, PA 15219-2502
  (412) 338-3082

**WISCONSIN**
Milwaukee
  445 S. Moorland Ave., 2nd Floor
  Brookfield, WI 53005
  P.O. Box 3032
  Milwaukee, WI 53201-3032
  (262) 797-3113

**WYOMING**
Denver
  7600 E. Orchard Rd., Suite 380
  Englewood, CO 80111
  P.O. Box 173713
  Denver, CO 80217
  (303) 740-1691



**Travelers** Property Casualty
A Member of Travelers Group

# WORKERS COMPENSATION
## AND
# EMPLOYERS LIABILITY POLICY

### A Custom Insurance Policy Prepared for:

ANGUS CONTRACTORS INC
PO BOX 569
WAYNE IL 60184

**TravelersPropertyCasualty**
A Member of *TravelersGroup*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

TYPE AR    INFORMATION PAGE WC 00 00 01 ( A)

POLICY NUMBER: (6KUB-898X252-0-02)

NEW-02

INSURER: THE TRAVELERS INDEMNITY COMPANY

NCCI CO CODE: 11347

1.

INSURED:

ANGUS CONTRACTORS INC
PO BOX 569
WAYNE IL 60184

PRODUCER:

PINNACLE INS AGENCY INC
23 N LINCOLNWAY
NORTH AURORA IL 60542

Insured is A CORPORATION

Other work places and identification numbers are shown in the schedule(s) attached.

2.  The policy period is from  07-01-02 to  07-01-03 12:01 A.M. at the insured's mailing addresss.

3.  A.  WORKERS COMPENSATION INSURANCE:  Part One of the policy applies to the Workers
       Compensation Law of the state(s) listed here:

       IL

    B.  EMPLOYERS LIABILITY INSURANCE:  Part Two of the policy applies to work in each state listed in
        item 3.A.  The limits of our liability under Part Two are:

        Bodily Injury by Accident: $      1000000 Each Accident
        Bodily Injury by Disease:  $      1000000 Policy Limit
        Bodily Injury by Disease:  $      1000000 Each Employee

    C.  OTHER STATES INSURANCE:  Part Three of the policy applies to the states, if any, listed here:

        REFER TO RESIDUAL MARKET LIMITED OTHER STATES INSURANCE
        ENDORSEMENT WC 00 03 26

    D.  This policy includes these endorsements and schedules:

        SEE LISTING OF ENDORSEMENTS - EXTENSION OF INFO PAGE

4.  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating
    Plans.  All required information is subject to verification and change by audit to be made ANNUALLY.

DATE OF ISSUE: 07-19-02   MV                                    ST ASSIGN: IL
       OFFICE: ORLANDO          893
    PRODUCER: PINNACLE INS AGENCY INC          27SLK



**TravelersPropertyCasualty**
A Member of *TravelersGroup*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

TYPE AR   INFORMATION PAGE WC 00 00 01 ( A)

POLICY NUMBER:  (6KUB-898X252-0-02)

CLASSIFICATION SCHEDULE:

| CLASSIFICATIONS | CODE NO | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|

SEE EXTENSION OF INFORMATION PAGE - SCHEDULE(S)

SIC-CODE:  1771

-------------------------------------------------------------------------------
```
                                                           STANDARD
        TOTAL ESTIMATED ANNUAL STANDARD PREMIUM  $            72514
                              PREMIUM DISCOUNT                 NONE
                0900-12 EXPENSE CONSTANT                        250
                   TOTAL ESTIMATED PREMIUM                    72764
                          DEPOSIT AMOUNT DUE                  72764
```

A/R (WCIP) #

Minimum Premium: $ 750          EMPLOYERS LIABILITY MINIMUM: $ 150

DATE OF ISSUE: 07-19-02  MV                           ST ASSIGN: IL
     OFFICE: ORLANDO        893
  PRODUCER: PINNACLE INS AGENCY INC  27SLK

 **Travelers**Property Casualty
*A Member of Travelers Group*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (6KUB-898X252-0-02)

INSURER: THE TRAVELERS INDEMNITY COMPANY

11347-IL

INSURED'S NAME: ANGUS CONTRACTORS INC

RATE BUREAU ID: 127479755

EXP. MOD. EFFECTIVE DATE: 09-16-01

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 363974335 ENTITY CD 001 | | | | |
| ANGUS CONTRACTORS INC | | | | |
| 4N211 WOODLAND TRAIL WEST WAYNE, IL 60184 | | | | |
| CONCRETE OR CEMENT WORK- FLOORS, DRIVEWAYS, YARDS OR SIDEWALKS & DRIVERS | 5221 | 400000 | 13.02 | 52080 |
| CONTRACTOR-EXECUTIVE SUPERVISOR OR CONSTRUCTION SUPERINTENDENT | 5606 | IF ANY | 4.16 | |
| SALESPERSONS, COLLECTORS OR MESSENGERS-OUTSIDE | 8742 | 58000 | .63 | 365 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 200000 | .38 | 760 |

--------------------------------------------------------------------------------

```
        2.80% EMPL. LIAB. INCREASED LIMITS(9812)  $      1490
               5.30% DEDUCTIBLE CREDIT(9931)             2899
  TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION      51796
    EXPERIENCE MODIFICATION: 1.40 MODIFIED PREMIUM      72514
            TOTAL ESTIMATED ANNUAL STANDARD PREMIUM     72514
                         EXPENSE CONSTANT(0900)           250
                       TOTAL ESTIMATED PREMIUM          72764
                          DEPOSIT AMOUNT DUE            72764
```

DATE OF ISSUE: 07-19-02 MV          ST ASSIGN: IL          SCHEDULE NO:   1 OF LAST

 **Travelers**PropertyCasualty
A Member of *TravelersGroup*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 00 01 (A )

POLICY NUMBER:  (6KUB-898X252-0-02)

LISTING OF ENDORSEMENTS
EXTENSION OF INFO PAGE

We agree that the following listed endorsements form a part of this policy on its effective date.

```
WC 00 00 01  A - 001    INFORMATION PAGE
WC 00 00 01  A - 001    INFORMATION PAGE 2
WC 00 00 01  A - 001    EXTENSION OF INFORMATION PAGE - SCHEDULE
WC 00 00 01  A - 001    ENDORSEMENT LISTING
WC 12 06 02  A - 001    IL MEDICAL BENEFITS DEDUCTIBLE ENDT.
WC 00 03 26  A - 001    LIMITED OTHER STATES INSURANCE END
WC 00 04 14 00 - 001    NOTIFICATION OF CHANGE IN OWNERSHIP ENDT
WC 00 04 17 00 - 001    A/R LSRP NOTIFICATION ENDORSEMENT
WC 12 06 01  C - 001    ILLINOIS AMENDATORY ENDORSEMENT
```

DATE OF ISSUE: 07-19-02        ST ASSIGN:  IL              Page  1 of LAST

WC 00 00 00 (A)

# The Travelers Insurance Companies

(Each a Stock Insurance Company)

Hartford, Connecticut

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who Is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE — WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G. Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law.

Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO — EMPLOYERS LIABILITY INSURANCE

**A. How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B. We Will Pay**

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment,

claimed against you in a capacity other than as employer.

**C. Exclusions**

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions.

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws.

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws.

10. bodily injury to a master or member of the crew of any vessel.

11. fines or penalties imposed for violation of federal or state law.

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D. We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgement as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**F. Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G. Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below:

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident — each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease — policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease — each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H. Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I. Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgement.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

### PART THREE — OTHER STATES INSURANCE

**A. How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B. Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR — YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE — PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. All your officers and employees engaged in work covered by this policy; and

2. All other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX — CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B.  **Long Term Policy**

If the policy period is longer than one year and six-teen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C.  **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal repre-sentative as insured.

D.  **Cancelation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Infor-mation Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancellation notice.

4.  Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

E.  **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

In witness whereof, the company has caused this policy to be signed by its President and Secretary at Hartford, Connecticut and countersigned on the Information page by a duly authorized agent of the company.

*Secretary*                    *President*



**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

POLICY NUMBER:  (6KUB-898X252-0-02)

BILLING SCHEDULE

| INSTALLMENT<br>DUE DATE | | AMOUNT |
|---|---|---|
| 07-01-02 | $ | 18193 |
| 08-01-02 | $ | 4961 |
| 09-01-02 | $ | 4961 |
| 10-01-02 | $ | 4961 |
| 11-01-02 | $ | 4961 |
| 12-01-02 | $ | 4961 |
| 01-01-03 | $ | 4961 |
| 02-01-03 | $ | 4961 |
| 03-01-03 | $ | 4961 |
| 04-01-03 | $ | 4961 |
| 05-01-03 | $ | 4961 |
| 06-01-03 | $ | 4961 |

THE AMOUNTS ABOVE WILL BE BILLED SEPARATELY.

DATE OF ISSUE: 07-19-02      ST ASSIGN:  IL


**Travelers**Property Casualty
A Member of *Travelers Group*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT   WC 12 06 02 ( A)

POLICY NUMBER:  (6KUB-898X252-0-02)

# ILLINOIS MEDICAL BENEFITS DEDUCTIBLE ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Illinois is shown in Item 3.A. of the Information Page.

1.  Part One (Workers Compensation Insurance) applies to medical benefits only in excess of a deductible amount of $1,000. This deductible applies separately to each accident, regardless of the number of persons injured in the accident.

2.  We will pay the deductible amount for you, but you must reimburse us within 30 days after we send you notice that payment is due. If you fail to reimburse us, we may cancel the policy in accordance with Illinois cancelation law. We may keep the amount of unearned premium that will reimburse us for the payments we made. These rights are in addition to other rights we have to be reimbursed.

DATE OF ISSUE: 07-19-02        ST ASSIGN:  IL


**Travelers Property Casualty**
A Member of *Travelers Group*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 03 26 ( A)

POLICY NUMBER:  (6KUB-898X252-0-02)

# RESIDUAL MARKET
# LIMITED OTHER STATES INSURANCE ENDORSEMENT

"Part Three – Other States Insurance" of the policy is replaced by the following:

**PART THREE OTHER STATES INSURANCE**

**A. How This Insurance Applies**

1. We will pay promptly when due the benefits required of you by the workers compensation law of any state not listed in Item 3.A. of the Information Page if all of the following conditions are met:

   a. The employee claiming benefits was either hired under a contract of employment made in a state listed in Item 3.A. of the Information Page or was, at the time of injury, principally employed in a state listed in Item 3.A. of the Information Page; and

   b. The employee claiming benefits is not claiming benefits in a state where, at the time of injury, (i) you have other workers compensation insurance coverage, or (ii) you were, by virtue of the nature of your operations in that state, required by that state's law to have obtained separate workers compensation insurance coverage, or (iii) you are an authorized self-insurer or participant in a self-insured group plan; and

   c. The duration of the work being performed by the employee claiming benefits in the state for which that employee is claiming benefits is temporary.

2. If we are not permitted to pay the benefits directly to persons entitled to them and all of the above conditions are met, we will reimburse you for the benefits required to be paid.

3. This insurance does not apply to fines or penalties arising out of your failure to comply with the requirements of the workers compensation law.

### IMPORTANT NOTICE!

If you hire any employees outside those states listed in Item 3.A. on the Information Page or begin operations in any such state, you should do whatever may be required under that state's law, as this endorsement does not satisfy the requirements of that state's workers compensation law.

DATE OF ISSUE: 07-19-02      ST ASSIGN: IL


**Travelers**PropertyCasualty
A Member of *Travelers Group*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 04 14 (00)

POLICY NUMBER:  (6KUB-898X252-0-02)

# NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

DATE OF ISSUE: 07-19-02          ST ASSIGN:  IL



TravelersPropertyCasualty
A Member of TravelersGroup

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 00 04 17 (00)

POLICY NUMBER: (6KUB-898X252-0-02)

# ASSIGNED RISK LOSS SENSITIVE RATING PLAN
# NOTIFICATION ENDORSEMENT

This endorsement is issued because you may qualify to have the cost of your insurance subject to the assigned risk mandatory Loss Sensitive Rating Plan (LSRP).

Eligibility:

1.  Your insurance is written under Workers Compensation Insurance Plan (WCIP) in a state which has adopted the Loss Sensitive Rating Plan (LSRP).

2.  The LSRP shall apply to an individual assigned risk policy if the total annual estimated Standard Premium or preliminary physical audit premium equals or exceeds the amount noted in the schedule.

3.  A decrease in premium during the first 120 days of coverage which results in the premium falling below the LSRP premium eligibility threshold, shall result in the conversion of the policy to a guaranteed cost policy, retroactive to policy inception.

4.  An increase in premium during the first 120 days of coverage which qualifies an employer for the LSRP shall result in the retroactive application of the LSRP to policy inception.

5.  After the first 120 days of the coverage term, if it is determined that an employer qualifies for LSRP, the policy shall not be changed until renewal.

6.  Notwithstanding, anything above to the contrary, any attempt to avoid the application of the LSRP arising from a misrepresentation or omission by you, your agent, employees, officers or directors shall result in the pro rata application of LSRP from the date upon which it would have applied had such misrepresentation or omission not been made.

7.  The LSRP will apply on an interstate basis when the estimated aggregate (total of all states having approved LSRP) annual standard premium meets the premium eligibility requirement for the LSRP state generating the largest premium.

    This plan will adjust your premium for this insurance based upon the losses incurred during the period covered by this insurance.

    This endorsement applies in the states listed in the schedule below.

## SCHEDULE

| STATE | PREMIUM ELIGIBILITY |
|---|---|
| Alabama | $200,000 |
| Connecticut | $200,000 |
| District of Columbia | $200,000 |
| Georgia | $200,000 |
| Idaho | $200,000 |
| Illinois | $200,000 |
| Indiana | $200,000 |
| Nevada | $200,000 |
| New Hampshire | $200,000 |
| North Carolina | $200,000 |
| South Dakota | $200,000 |

DATE OF ISSUE: 07-19-02      ST ASSIGN: IL                    (Rev. 10-01)

TravelersPropertyCasualty
A Member of TravelersGroup

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 12 06 01 ( C)

POLICY NUMBER:  (6KUB-898X252-0-02)

# ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Six (Conditions), Condition A. **Inspection**, Condition D. **Cancellation** and Condition E. **Sole Representative** of the policy are replaced by these four Conditions.

### Inspection

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

### Cancellation

1.  You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2.  We may cancel this policy. We will mail to each named insured and to the broker or the agent of record advance written notice stating when the cancellation is to take effect.

3.  If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:

    a.  at least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;

    b.  at least 60 days before the cancellation is to take effect if the policy has been in force for more than 60 days.

4.  If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:

    a.  Nonpayment of premium

    b.  The policy was issued because of a material misrepresentation.

    c.  You violated any of the material terms and conditions of the policy.

    d.  There are unfavorable underwriting factors, specific to you, that were not present when the policy took effect.

    e.  The Director has determined that we no longer have adequate reinsurance to meet our needs.

    f.  The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

5.  Our notice of cancellation will state our reasons for canceling.

6.  The policy period will end on the day and hour stated in the cancellation notice.

### Nonrenewal

1.  We may elect not to renew the policy. If we fail to give 60 days notice, the policy will automatically be extended for one year. Mailing that notice to you at your last known mailing address will be sufficient to prove notice. An exact and unaltered copy of such notice shall be sent to the insured's broker, if known, or the agent of record at the last mailing address known by the company.

2.  Our notice of nonrenewal will state our reasons for not renewing.



**Travelers**Property Casualty
*A Member of Travelers Group*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 12 06 01 ( C)

POLICY NUMBER:  (6KUB-898X252-0-02)

3.  If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a.  We show you a willingness to renew the policy; or

   b.  You notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

   c.  You fail to pay all premiums when due; or

   d.  You obtain other insurance as a replacement of the policy.

**Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium or to give us notice of cancellation.

Part Five (Premium), Section G. **Audit** is replaced by this Section.

**Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

DATE OF ISSUE: 07-19-02        ST ASSIGN:  IL                                      Page 2 of 2

# WORKSHEET FOR WORKERS' COMPENSATION TELEPHONE REPORTING

THINGS TO REMEMBER WHEN COMPLETING THE INFORMATION BELOW:
Call the Telephone Reporting Center to quickly and easily report all Workers' Compensation injuries. We will be asking you the following questions, so please have the information handy. We will produce and submit the necessary state forms.
**DO NOT DELAY IN CALLING IF YOU DO NOT HAVE ANSWERS TO ALL OF THE QUESTIONS**

## ACCOUNT INFORMATION

| CALLER'S PHONE NUMBER/EXTENSION | CALLER'S NAME (FIRST, MI, LAST) | CALLER'S TITLE | BENEFIT STATE |
|---|---|---|---|
| (    ) | | | |

| EMPLOYER'S NAME | EMPLOYER'S ADDRESS (STREET, CITY, STATE & ZIP) | EMPLOYER'S MAILING ADDRESS (STREET, CITY, STATE & ZIP) ☐ SAME |
|---|---|---|

| PARENT COMPANY/INSURED'S NAME | LOCATION CODE | NATURE OF BUSINESS | POLICY FORM | POLICY NUMBER |
|---|---|---|---|---|
| | | | (6KUB-898X252-0-02) | |

## EMPLOYEE INFORMATION

| EMPLOYEE'S NAME (FIRST, MI, LAST) | GENDER ☐ MALE ☐ FEMALE | SOCIAL SECURITY NUMBER |
|---|---|---|

| EMPLOYEE'S MAILING ADDRESS (STREET, CITY, STATE & ZIP) | IS EMPLOYEE'S HOME ADDRESS THE SAME? IF NO, STREET, CITY, STATE & ZIP ☐ YES ☐ NO |
|---|---|

| MARITAL STATUS | EMPLOYMENT STATUS CODE ☐ FULL-TIME ☐ PART-TIME | NO. OF DEPENDENTS | CLASS CODE | DATE OF BIRTH | WAGE PERIOD | HOME PHONE NUMBER (    ) |
|---|---|---|---|---|---|---|

## ACCIDENT INFORMATION

| DATE OF INJURY | TIME OF INJURY            A.M.    P.M. | DATE CLAIM REPORTED TO EMPLOYER | WAS THE ACCIDENT ON THE EMPLOYER'S PREMISES? ☐ YES ☐ NO |
|---|---|---|---|

| LOCATION OF ACCIDENT ADDRESS (STREET, CITY, STATE & ZIP) | COUNTY |
|---|---|

| DID EMPLOYEE LOSE ANY TIME FROM WORK? ☐ YES ☐ NO | IS THE EMPLOYEE BACK AT WORK? IF YES, DATE RETURNED ☐ YES ☐ NO | DATE EMPLOYEE LAST WORKED | WAS EMPLOYEE PAID FOR DATE OF INJURY? ☐ YES ☐ NO | DATE EMPLOYEE LAST PAID |
|---|---|---|---|---|

| DATE DISABILITY BEGAN | DATE DISABILITY ENDED | IS / WAS EMPLOYEE'S SALARY CONTINUED? ☐ YES ☐ NO | WAS EMPLOYEE'S INJURY RELATED TO A COMPANY-SPONSORED EVENT? ☐ YES ☐ NO | WAS ACCIDENT FATAL? IF YES, DATE OF DEATH ☐ YES ☐ NO |
|---|---|---|---|---|

FULL DESCRIPTION OF ACCIDENT

| CAUSE OF ACCIDENT (E.G., SLIP/FALL, LIFTING, CHEMICAL) | IF MOTOR VEHICLE ACCIDENT, DRIVER'S LICENSE NUMBER | STATE WHERE ISSUED |
|---|---|---|

| CONTRIBUTING FACTORS | EQUIPMENT, MATERIAL OR SUBSTANCE INVOLVED |
|---|---|

| IF OTHER PARTIES WERE INVOLVED NAME (FIRST, MI, LAST) | ADDRESS | PHONE NUMBER |
|---|---|---|

| WERE SAFEGUARDS PROVIDED? ☐ YES ☐ NO | DESCRIPTION OF SAFEGUARDS | WERE SAFEGUARDS USED? ☐ YES ☐ NO |
|---|---|---|

| WITNESS INFORMATION NAME (FIRST, MI, LAST) | ADDRESS | PHONE NUMBER |
|---|---|---|

## INJURY INFORMATION

| PART OF BODY INJURED (E.G. HEAD, NECK, ARM, LEG) | NATURE OF INJURY (E.G. FRACTURE, SPRAIN, LACERATION) | PREVIOUS RELATED CONDITION? ☐ YES ☐ NO | PRE-EXISTING MEDICAL CONDITION(S) |
|---|---|---|---|

| CUMULATIVE INJURY? IF YES, LENGTH OF EXPOSURE ☐ YES ☐ NO | NATURE OF DUTIES | LENGTH OF TIME DOING ACTIVITY |
|---|---|---|

| TREATMENT ("X" ALL THAT APPLY) | NAME (FIRST, MI, LAST) | WHAT TYPE OF FIRST AID WAS ADMINISTERED? | 1ST DAY OF TREATMENT |
|---|---|---|---|
| ☐ FIRST AID - | | | |

| | NAME AND ADDRESS (STREET, CITY, STATE & ZIP) | TREATMENT | LENGTH OF STAY | 1ST DAY OF TREATMENT |
|---|---|---|---|---|
| ☐ HOSPITAL/ CLINIC - | | | | |

| | NAME AND ADDRESS (STREET, CITY, STATE & ZIP) | PHONE NUMBER | TREATMENT | SPECIALTY | 1ST DAY OF TREATMENT |
|---|---|---|---|---|---|
| ☐ PHYSICIAN - | | (    ) | | | |

**CONTINUED ON REVERSE SIDE**

## EMPLOYEE JOB INFORMATION

EMPLOYEE'S OCCUPATION WHEN INJURED:

IS THIS EMPLOYEE'S REGULAR OCCUPATION?

OCCUPATION IS:  ☐ SEDENTARY     ☐ LIGHT     ☐ MEDIUM     ☐ HEAVY

EMPLOYEE'S REGULAR WORK HOURS:                    HOURS/DAY                         DAYS/WEEK

EMPLOYEE'S PAY:  $                  /HOUR;  OR  $                  /WEEK

DOES EMPLOYEE RECEIVE ADD'L BENEFITS  *(e.g. Overtime, Uniforms, Meals, etc.)?*

EMPLOYEE'S DATE OF HIRE:

EMPLOYEE'S SUPERVISOR:

SUPERVISOR'S PHONE NUMBER:   (        )                    SUPERVISOR'S REGULAR WORK HOURS:

## STATE SPECIFIC INFORMATION

SEE WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS
FOR YOUR INDIVIDUAL STATE.

## CUSTOMER SPECIFIC INFORMATION

## ADDITIONAL COMMENTS & INFORMATION

## WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS

**Alabama**
  Employee's county
  Employer's ID (U.C. Account) Number
  Specific product (e.g., tires)

**Alaska**
  Side of body affected (left or right)
  Employer's Alaska address (if different from mailing address)
  Date and time employee left work
  Scheduled days off
  Time workday began
  Was accident caused by failure of a machine or product?
  If injury was caused by a mechanical part, specify part
  If the accident was caused by anyone besides employee, give name
    and address
  If fatal, name and address of dependents
  If you doubt validity of claim, state reason
  Alaska Unemployment Insurance Account Number (U.I. Acct. No.)

**Arizona**
  Last date of work after injury
  Number of days per week company usually works
  Department number
  If validity of claim is doubted, state reason
  If another person not employed by company caused accident, give
    name and address
  Was worker in your employ when injured?
  Hours per day employee worked the day of injury
  Will work loss exceed 7 days?
  Was injured paid for the day of injury? (If yes, specify amount)
  Was employee hired for permanent employment?
  Number of months employment available during the year
  Is employee furnished lodging or board? (If yes, specify value)
  Does employee claim dependents?
  Actual gross earnings of employee for the 30 calendar days
    preceding injury
  Is employee paid other than fixed weekly or monthly salary?
  Does employee earn extra pay for overtime? (If yes, basis of
    payment/hourly amount)
  Number of hours overtime considered normal per week
  Has injured been employed for more than 12 months?
  Gross wages of employee during 12 months preceding injury (from-
    through/amount)
  Gross wages of employee from date of hire through date of accident
  Has employee received a wage increase within 12 months prior to
    injury? (If yes, specify date, wage/per before and wage/per after
    increase)
  Gross earnings from date of increase through day prior to injury
  Was employee in overtime when injured?

**California**
  State Unemployment Insurance Account Number
  Type of employer (private/state/city/county/school district/other
    government)
  Was employee unable to work for at least one full day after the date
    of injury?
  Date employee was provided claim form

**Colorado**
  How long has employee worked for this employer?
  Employee's length of experience at this assignment
  Years of education completed (6 to 20)
  Number of employees
  If employee has not returned to work, estimate date of return
  Did injury occur because of intoxication, failure to use safety
    devices, failure to obey rules?
  Will benefits continue during disability?
  If employee's health insurance benefits discontinue, what will the
    weekly cost be for continuing such benefits?
  If fatal, give name, relationship and address of closest dependent of
    deceased
  Is employee receiving overtime, commissions or piecework?

**Connecticut**
  Reason for report (lost time/medical-health care/occupational
    disease/correct prior report)
  Time employee's workday began
  Extent of accident/health and life coverage for employee
  For Occupational Disease Only
    Date of last exposure
    Date of diagnosis as occupationally related
  Employer's Registration Number (CRN)
  Was employee treated in an emergency room?

**Delaware**
  Employer's UC Reporting Number
  Employee's county
  If employee has returned to work, at same wage?

**District of Columbia**
  If employee has returned to work, at what time?
  Was injured hired in DC?
  Was injured given Form #7 DCWC?
  Piece or time worker

**Florida**
  Time injury was reported
  Rate of pay / per
  Was physician/hospital authorized by employer?
  Does the employee agree with the description of accident?
  Did the employee knowingly refuse to use safety equipment provided
    by you, the employer?
  Did the employee request medical care? (If yes, did the employer
    provide medical care?)

**Georgia**
  Specific products (e.g., tires)

**Hawaii**
  Was employee furnished meals or lodging?
  Monthly salary
  Department of Labor Number
  Medical deductible

**Idaho**
  If gratuities (tips, etc.) were received in the course of employment,
    estimate weekly value
  Length of time employed by you at this occupation
  If mechanical apparatus or vehicle caused injury, what part of it
    caused injury?
  Type of treatment (inpatient/outpatient)
  If fatal, name and address of nearest relative
  What was employee doing when the accident occurred?

**Illinois**
  Illinois Unemployment Compensation Number
  SIC Number
  Total number of employees at the location where illness or injury
    occurred
  Was employee given Industrial Commission Handbook?
  Did incident result in occupational injury or occupational disease?
  What unsafe act by a person caused or contributed to the injury or
    illness?

**Indiana**
  Number of lost workdays to date

**Iowa**
  Number of employees
  Was injury caused by failure to use safety equipment or observe
    regulations?
  If employee has not returned to work, probable length of disability
  Is the injury expected to produce permanent disability?

## WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS

Exemption information (employee/spouse/over 65/blind/other dependents)
Does employee receive earnings other than cash? (Does not include expense reimbursement) (If yes, list weekly value of bonus, meals, other)
Does employee normally receive the same gross wages each pay period?
    If YES - Are earnings based on hourly wages ? (If no, indicate weekly earnings and how computed)
    If NO - Does employee have more than 13 weeks completed employment with your firm? (If yes, total earnings for last completed period of 13 weeks) (If no, estimate employee earnings had 13 weeks been completed by employee)
What was employee doing when injured or exposed?

### Kansas
SIC Number
If worker was admitted to hospital, date of admission
Was worker treated in emergency room only?
If employee has returned to work, was return to light duty?
Is further medical treatment needed?
If compensation is now being paid, date of initial payment
If fatal, name and address of dependents

### Kentucky
If this case was OSHA recordable, reason for recording (e.g. loss of consciousness)
Unemployment Insurance ID Number
Specify products or service comprising majority of sales (e.g. ski boots)
Department where working when injury occurred
Commission or piece work earnings - in how many hours in the past 12 months
Number of scheduled work days lost to date
Did injury or illness cause restriction of duty or permanent transfer to another job?
If fatal, give name and address of next of kin

### Louisiana
Employer's Federal ID Number
Employer's Unemployment Insurance Reporting Number
If employee has returned to work, at same wage?
Did injury occur because of mechanical defect or unsafe act?
Did injury cause amputation?
If occupational disease, date of initial diagnosis
Employee parish (county)

### Maine
Employer's Unemployment Insurance Account (UIAN)
Reason for report (lost time/medical-health care/occupational disease/correct prior report)
Does employee work for another company?
For Occupational Disease only
    Date of last exposure
    Date of diagnosis as occupationally related

### Maryland
Type of ownership - individual/partnership/corporation/other (if other, specify)
Unemployment Number
Specific products (e.g., tires)
Is the employee an officer or partner?
If under age 18, Certificate Number
Exemption information (employee/spouse/over 65/blind/other dependents)
Does employee receive pay in kind? (If yes, explain)
SIC Code Number

### Massachusetts
Industry Code Number if the average 52 week wage was given, indicate whether it is an estimated or actual amount
Self-Insured? (if yes, Self-Insurer Number)
First day of total or partial incapacity to earn wages

Fifth day of total or partial incapacity to earn wages
If employee has returned to work, did employee return to his/her regular occupation?
Describe nature of business or article manufactured
Employee's department and floor number

### Michigan
If employee is under 18 years of age, work permit date
Tax filing status (single/single, head of household/married, filing jointly/married, filing separately)
If employee works for second employer, specify name and address
Average weekly wage
Federal ID Number
Total gross weekly wages (highest 39 of 52)
Number of weeks used when calculating gross weekly wages
Value of discontinued fringe benefits
Was employee a volunteer worker?
Was employee certified as vocationally handicapped?
If employer is a temporary service agency, specify name and address of employer where accident occurred

### Minnesota
Was employee an apprentice?
Was employee furnished meals or lodging in addition to wages?
If employee has other regular employment, indicate weekly wage
Unemployment ID Number
SIC Number

### Mississippi
Type of business (corporation/partnership/individual)
Specific products (e.g., tires)
If fatal, name and address of nearest relative
If married, spouse's name
Probable length of disability
List normally scheduled days off
Did employee work the next day following injury?
Time employee discontinued working
If employee is paid on commission or piece work basis, average weekly amount
If board, lodging or other advantages were furnished, average weekly amount

### Missouri
Specific products (e.g., tires)
Was there any dismemberment, disfigurement or other permanent disability? (If yes, state nature)
Actual or estimated cost of medical treatment
Is further medical treatment required?

### Nebraska
Normal hours per day/week
Number of days per week
Name and address of principal dependent or friend
Length of time at present occupation
Was the employee working on overtime?
Is any permanent disability anticipated?
Unemployment Insurance Account Number
Did employer provide or authorize medical attention?
What was employee actually doing when injured?

### Nevada
Is injured worker a corporate officer, sole proprietor or partner?
Was worker in your employ when injured?
Number of work days lost
How might this accident have been prevented?
If injury was not fatal, did accident result in loss of consciousness, restriction of work or motion, transfer to another job, termination or none of these?
Will employer have light duty available?
Last date wages were earned
Is employee furnished lodging or board? (If yes, monthly value of lodging or board)
If validity of claim is doubted, state reason

## WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS

Does the employee receive either piecework or commission?
Does the employee declare tips as income?
Employer's Account Number

### New Hampshire
If under age 18, is there a Child Labor Employment Certificate on
    file?
Was injured hired in New Hampshire?
Piece or time worker
Time disability began
Has injured filed a Form 8a WCA?
Part of machine on which accident occurred?
Kind of power (e.g., hand, foot, electrical, steam, etc.)
Was accident caused by injured's failure to use or observe safety
    equipment or regulation?
Probable length of disability
If employee has returned to work, at what time?
Federal I.D. Number
Has employee returned to full or light duty?
Initial treatment (none, employer, emergency, hospitalized,
    outpatient, clinic or office visit)
If employee is a leased or temporary worker, client's business name
Is there a managed care program? (If yes, name of provider)
Is there a written safety program in force?
Is there an active safety committee?
Number of employees, full time and part time
SIC Code

### New Jersey
Number of employees
Was employee unable to work on any day after the injury?
SIC Number
Employer's Registration Number

### New Mexico
Federal ID Number
NM Unemployment Insurance Number
Does your business have a safety program? (If yes, specify admini-
    stered period - weekly/monthly/ annually/other - if other, specify)
Highest educational level attained
Total lost work days
If occupational illness, date diagnosed and description of diagnosis
Was employee under the influence of drugs/alcohol? (Yes/no/
    unknown)

### New York
Code Number
NYS U.I. Employer Registration Number
Total earnings paid during 52 weeks prior to date of accident
    (include bonuses, overtime, value of lodging, etc.)
Did employer provide medical care? (If yes, when?)
Has the injury/illness been previously reported on Form C-2.1?
Indicate days of week that employee regularly works
If fatal, name, address and relationship of nearest relative

### North Carolina
Employer Code Number
Time disability began
Kind of power (hand, foot, electrical, steam, etc.)
Part of machine on which injury occurred
Was accident caused by injured's failure to use or observe safety
    equipment or regulation?
Probable length of disability
If employee has returned to work, at what time?

### North Dakota
Will employee be off the job for five or more consecutive days?
Time employee left work due to this injury
Time workday began on the day of injury
If employee has not returned to work, estimate date of return
Employee's gross total earnings for the past 52 weeks

List each dependent under age 18, or under age 22 if attending
    school, or incapable of self support (name, birth date and
    relationship)
Exact location of injury (e.g., plant, department, building, etc.)
Workers Compensation Account Number
Season length (in months)

### Ohio
Time accident reported to employer
Has employee ever filed a previous application for this injury?
Has employee filed any other claims with the Bureau or Industrial
    Commission? (If yes, specify claim number and body parts)
Employee's county
Employer's Risk Number
If under your employ for less than 12 months prior to injury, list
    former employers, dates if employment, wages and number of
    weeks

### Oklahoma
SIC Number

### Oregon
Education (number of years completed, or GED)
Side of body affected (left or right)
Department regularly employed
Type of employer (individual/corporation/partnership/other)
Is worker an owner or corporate officer?
Did injury occur during the course of employment?
Was accident caused by failure of machinery or product?
Did someone (not worker) cause accident?
Time worker left work
Explain if number of hours per shift or week varies
Scheduled days off

### Pennsylvania
Employer's Unemployment Compensation Reporting Number
If employee has returned to work, at what wage?
Employee's county
If employee is under age 18, Certificate Number and occupation for
    which issued
Did injury occur because of mechanical defect or unsafe act?
Was employee amputated?

### South Dakota
Federal ID Number
Unemployment Number
SIC Code Number
Number of employees
Is the employee an officer or partner?
Time workday began
Exemption information (employee/spouse/over 65/blind/other
    dependents)
Does employee receive pay in kind? (If yes, explain)
Type of treatment (outpatient, emergency room or in house)
Injury Codes:
    Body part injured (2 digits)
    Cause of injury (2digits)
    Nature of injury (2digits)

### Tennessee
Federal ID Number
If paid on other than a time basis, such as piece work or
    commissions, indicate method and actual average weekly earnings
If board, lodging or other advantages were furnished in addition to
    wages, state nature and estimated weekly value
If employee has returned to work, at what wage?
If fatal, name and address of nearest relative

### Texas
Federal Tax ID Number
Does the employee speak English? (if no, specify language)
Employee's mailing county
If married, spouse's name

# WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS

Work site location of injury (e.g., stairs, dock, etc.)
Was employee hired or recruited in Texas?
Is the employee an owner, partner or corporate officer?
SIC Number
Texas Comptroller Taxpayer Number
Did you request accident prevention services in the past 12 months?
(If yes, did you receive them?)

### Vermont
Federal ID Number
Specific products
Was employee hired in Vermont?
Does the employer regularly employ 10 or more employees?
Machine or tool involved in the accident
Was machine described defective? (If yes, describe how)
Can the employer prevent this type of accident? (If yes, describe how)
Could the injured have prevented the accident? (If yes describe how - do not reply by stating "By being more carefull - be specific)
If fatal, name, address and relationship to nearest relative

### Virginia
Did accident occur on state property?
Time incapacity began
Was employee paid on a piece work or hourly basis?
Value of perquisites per week (food/meals, lodging, tips, other)
Specify part of machine or tool causing injury or illness
Probable length of disability
Federal Tax ID Number

### Washington
If married, full name of spouse at time of injury (if divorced, give final decree date)
Employee's height and weight
Name, birth date and relationship of children under 18 supported by employee
Side of body affected (left or right)
Does employee have more than one paying job?
Describe what employee was doing when injured?
How long has the employee worked for you?
Was employee doing his/her regular work when injured?
Where did accident occur? (employer's premises, employer's parking lot, other)
In your opinion, was the accident caused in any way by someone not employed by you?
If the employer is different than the one where injured, give name and address
Average daily earnings from piece work, tips and/or commissions as reported to the IRS
If reporting of accident was delayed, specify why
Was accident caused by failure of a machine or product?
Has the employee ever been treated for similar injury before? (if yes, describe injury)

### West Virginia
County in which employee lives
Time employee began work on the day of injury
Time employee stopped work due to injury
Is employee still under a doctor's care?
Is employee presently receiving workers' compensation benefits?
What was employee•s daily rate of pay on date of injury?
Is employee owner or part owner of business? If yes, do you include his/her wages on your quarterly payroll report?
Wage information: 60, 180 and 365 days prior to date of injury
Do you disagree with any of the information provided? (If yes, explain)
Estimate how long employee will be off work (no lost time/less than 4 days/one week)
Do you have any reason to question this injury? (If yes, explain)
Are you the injured worker?
Is your supervisor aware of your injury?

### Wisconsin
Type of business (individual/partnership/corporation)
If employee has not returned to work, estimate date of return
If employee is under age 18, was permit filed?
Did injury occur because of intoxication, failure to use safety devices or obey rules?
Did injury occur in the course of worker's employment?
In addition to wages, did employee receive board, room, tips? (Average amount weekly)
If fatal, provide name, relationship and address of closest dependent of deceased
For the quarter in which injury occurred and the 3 preceding quarters, report the number of weeks worked in the same kind of work, and the total wages, salary, commission and bonus or premium earned for such weeks.
If piece work, number of hours
Employee's scheduled work week when injured (Start time, hours per day, hours per week and days per week)
Is the employee a full time employee?
Part-time information: Are there other part-time workers doing the same work with the same hours? (If yes, how many?)
Number of full-time employees doing the same work

### Wyoming
Type of employee (regular employee/volunteer worker/corporate office/JTPA/owner of business/partner/inmate/independent contractor)
Is employee provided with housing and/or food that he will lose due to injury? (If yes give fair market rental of house, monthly average for food)
Employee's gross monthly earnings
Is employee paid travel expenses?
Date of diagnosis
Work days lost or days of restricted activity due to injury
Side of body affected (left or right)
Does employer certify that injury occurred on premises used, controlled or occupied by him or her, that the injury occurred at work and arose out of and in the course of the worker's employment and that he believes the injury to be compensable? (If no, specify)

### U.S. Longshoreman (USDOL)
Under what Act is injury reported? Longshore and Harbor Workers• Compensation Act/Defense Base Act/Nonappropriated Fund Instrumentalities Act/Outer Continental Shelf Lands Act)
Indicate where injury occurred (aboard vessel or over navigable waters/pier or wharf, dry dock/marine terminal/building way/marine railway/other adjoining area)
Did injury cause loss of time beyond day or shift of accident?
If employee returned to work, at what hour?
Date and hour first lost time because of injury
Did employee stop work immediately?
Was employee doing usual work when injured/killed?
Date and hour pay stopped
Name days usually worked by employee
How was knowledge of accident or occupational illness gained?
Exact place where accident occurred (specify area if accident was maritime employment and occurred in area adjoining navigable waters)
Was first treating physician chosen by employee?
Has medical attention been authorized? (If yes, date of authorization)



**Travelers**Property Casualty
A Member of *Travelers Group*

### WORKERS COMPENSATION TELEPHONE REPORTING

Dear Employer,

We are pleased to offer you a toll-free telephone reporting service to report employee injuries. This service has been designed to **save you time, reduce paperwork,** and **reduce the cost of worker's compensation insurance.**

The rising cost of workers compensation insurance is of concern to you and other employers in your state, as it is to Travelers. Travelers has made this service available so that we can better control claim costs and reduce the ever growing costs of the workers compensation system.

**The number is 1-800-832-7839**

Studies have shown that injured workers reassured that their medical and lost time costs will be covered are less likely to seek assistance from outside of the system. This reduces costs while helping return Workers Compensation to its original purpose as a direct delivery system for injured workers. Additionally, employer involvement and concern for their injured employee has accelerated the employee's return to work, reducing costs even further.

We have taken this step with our customers serviced by the Travelers in your state to demonstrate our continued commitment to provide the highest level of service to all of our customers.

Please review the enclosed material. You will find that it is easy to follow and use. Your producer has also received a copy of this information and may wish to advise you further about this service and how it can have a positive effect on the cost of workers compensation insurance.

If you would like more information about this program or any other services available from The Travelers please contact our Service Center.

Sincerely,


The Travelers


WIAC1H95

# WORKERS' COMPENSATION TELEPHONE REPORTING
# 1-800-832-7839

### TO REPORT A WORKERS' COMPENSATION CLAIM

When an employee is injured, the most important thing is to secure appropriate medical treatment. Once this has been done, the claim should be called into The Travelers.

Suggested Steps:

1. **Gather the facts.**

   Use the GUIDE FOR REPORTING WORKERS' COMPENSATION CLAIMS as a reference. It is not necessary to write answers to questions you know, it is a tool to help reduce the amount of time you are on the telephone.

   Remember, the objective is to report the claim quickly. We need the employee's name, social security number and a description of the accident. Try to gather as much information as possible, but don't worry if you do not have the answers to each and every question.

2. **Call the Customer Service Unit.**

   We have a single telephone number and the call will automatically be routed to the proper regional Customer Service Unit. You will be greeted on the telephone by a Customer Service Representative, who will complete the state specific notice of injury on the system by asking you the necessary questions. The order of the questions will be the same every time you call.

   The questions are grouped into three sections:

   - General Questions

     This section contains questions specific to you, your employee and the accident. Once you have reported a claim, the system will prefill your employer specific information, such as your policy number on all future claims.

   - State Specific Questions

     If the jurisdiction requires data not covered in the general section, it will be covered here.

   - Additional Comments and Information

     If you would like to provide additional information not covered elsewhere, the Customer Service Representative will be able to record this in a free form area.

3. **Let Your Employee Know.**

   Before you hang up, the Customer Service Representative will give you a claim number.

   Referencing the claim number will help expedite the handling of the rest of the claim. Please include the claim number with all future correspondence, such as wage statements or medical bills. Please be sure to give this number to your employee.

WIAC4H95

# ATTENTION

# NOTICE TO POLICYHOLDERS

IF YOU HAVE EMPLOYEES WHO TRAVEL OR WORK
OUT OF STATE, YOU MAY NEED ADDITIONAL
WORKERS' COMPENSATION INSURANCE.
CONSULT YOUR INSURANCE ADVISOR OR  CARRIER
PRIOR TO COMMENCEMENT OF  OPERATIONS IN
ANY STATE NOT LISTED ON YOUR POLICY.

WIAN8A97



**TravelersPropertyCasualty**
*A Member of TravelersGroup*

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

POLICY NUMBER: (6KUB-898X252-0-02)

ANGUS CONTRACTORS INC
PO BOX 569
WAYNE IL 60184

### ILLINOIS CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM (ILCCPAP) CONFIDENTIAL WORKERS COMPENSATION PREMIUM CREDIT APPLICATION

The Illinois Contracting Classification Premium Adjustment program is applicable to qualifying employers engaged in contracting operations and is applicable to policies with effective dates on or after April 1, 1994. In order to qualify for the program, **your policy must have more than 50% of manual premium attributable to one or more contracting classifications (as designated in the program) for Illinois operations only and have a calculated experience modification of less than or equal to 1.05.**

A special premium calculation, which may result in a premium credit for you, will be based on an average hourly wage scales for each classification of contracting operations in Illinois. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of these instructions to:

> National Council on Compensation Insurance Inc.,
> Customer Service Center
> 901 Peninsula Corporate Circle
> Boca Raton, FL 33487
> ATTN: EXPERIENCE RATING – IL

NCCI will advise us of any premium credit applicable. **If NCCI does not receive this application within 180 days after policy inception, your premium calculation will not reflect any possible premium credit. In addition, this application will be returned unprocessed if not completed in its entirety.** The information supplied on this application will be confidential.

For each applicable classification (both contracting and non-contracting) covering your company's operations in the state of Illinois, report the total Illinois payroll (excluding overtime premium pay, vacation pay, unanticipated bonuses, pay for any exempt sole proprietor, partner, or officer, Davis Bacon fringe benefits you pay into any ERISA qualified third party pension plan and other Illinois exclusions) and the corresponding total number of hours worked, for the third calendar quarter (JULY, AUGUST, SEPTEMBER) of the year preceding your policy effective date as reported to taxing authorities.

Note #1:   If you did not engage in contracting operations during the third quarter, the requested information to be provided should then be for the last complete calendar quarter prior to the effective date of your workers compensation policy. Do not include payroll from any state other than Illinois.

Note #2:   If you have just begun operations in Illinois (no prior operations), and have a calculated experience modification equal to 1.05 or less, submit the requested information for the first complete calendar quarter following the effective date of your workers compensation policy when available, excluding any payroll from any state other then Illinois.

DATE OF ISSUE: 07-19-02

W12N2E01

Note #3:   In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week. Payroll for non-exempt partners, sole proprietors, and officers subject to contracting classifications will be subject to appropriate Basic Manual minimums and maximums or limitations. <u>Do not include payroll for persons not covered by the policy, such as exempt partners, sole proprietors and officers.</u>

Note #4:   If you do not have a calculated experience modification equal to 1.05 or less and do not have more than 50% of IL manual premium attributable to one or more qualifying contracting classifications, do not complete and submit this application as you are not qualified for this credit program.

You must preserve your payroll records which formed the basis for this declaration as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

ILLINOIS CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM (ILCCPAP)
CONFIDENTIAL WORKERS COMPENSATION PREMIUM CREDIT APPLICATION

### SECTION ONE

ANGUS CONTRACTORS INC

INSURED: _____

POLICY NUMBER: __(6KUB-898X252-0-02)__

CARRIER:
THE TRAVELERS INSURANCE COMPANIES

PERIOD:
FROM __07-01-02__ TO __07-01-03__

1. Is this business experience rated at 1.05 or less? ☐ Yes ☐ No
   If yes provide risk ID#:
   If no, please do not complete and submit the application.

2. Have you just begun operations in Illinois? ☐ Yes ☐ No
   If no, submit information for the **THIRD** calendar quarter (July, August, September) of the year **PRECEDING** the policy effective date as reported to taxing authorities or submit the last complete quarter prior to policy effective date if you did not engage in IL operations for the complete third calendar quarter.
   If yes, submit information for the first complete calendar quarter following the effective date of your workers compensation policy.

3. Were partners, sole proprietors, or officers provided coverage during the reported calendar quarter?
   ☐ Yes ☐ No
   If yes, complete Section Three of this application.
   If no, do not include the salaries and hours worked of such persons reported in Section Two and do not complete Section Three.

**Notice:** Unless Code(s), total wages paid, total hours worked, calendar quarter reported are indicated and application is signed, the application will be returned unprocessed. Contact your agent or carrier if assistance is desired.

### SECTION TWO

| CLASSIFICATIONS Eligible Contracting Classifications: | CODE | TOTAL ILLINOIS WAGES PAID* | TOTAL ILLINOIS HOURS WORKED** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Non-Contracting Classifications: |  |  |  |
|  |  |  |  |
|  |  |  |  |

### SECTION THREE

| NAME OF INDIVIDUAL NON-EXEMPT PARTNER, SOLE PROPRIETOR, OR OFFICER | CODE | TOTAL ILLINOIS WAGES PAID* | TOTAL ILLINOIS HOURS WORKED** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Excluding overtime premium pay—if an employee makes $20/hour and is paid time and one-half ($30), only report the payroll based upon the $20/hour. ** Including overtime hours.

### SECTION FOUR

The above is based on actual wages (excluding overtime premium pay, pay for any exempt sole proprietor, partner, or officer, Davis Bacon Fringe Benefits, and other Illinois exclusions) and hours worked as reflected in our payroll records for the complete calendar quarter ending _____

SIGNATURE: _____ POSITION: _____ DATE: _____

W12N2E01

# NOTICE TO EMPLOYEES
# FROM THE STATE OF ILLINOIS:



**WORKERS' COMPENSATION** is a system of benefits provided by law to most workers who have job-related injuries or illnesses. Benefits are paid for injuries that are caused, in whole or in part, by an employee's work. This may include the aggravation of a pre-existing condition, injuries brought on by the repetitive use of a part of the body, heart attacks, or any other physical problem caused by work. Benefits are paid regardless of fault.

**IF YOU SUFFER FROM A WORK-RELATED INJURY OR ILLNESS, YOU SHOULD TAKE THE FOLLOWING STEPS:**

1. **GET MEDICAL ASSISTANCE.** By law, your employer must pay for all necessary medical services required to cure or relieve the effects of the injury or illness. The employee may choose two physicians, surgeons, or hospitals. Where necessary, the employer must also pay for physical, mental, or vocational rehabilitation, within prescribed limits.

2. **NOTIFY YOUR EMPLOYER.** You must notify your employer of the accidental injury or illness within 45 days, either orally or in writing. To avoid possible delays, it is recommended the notice also include your name, address, telephone number, Social Security number, and a brief description of the injury or illness.

3. **LEARN YOUR RIGHTS.** Your employer is required by law to report accidents that result in more than three lost work days to the Industrial Commission. Once the accident is reported, you should receive a handbook that explains the law, benefits, and procedures. If you need a handbook, please call the Industrial Commission.

    If you must lose time from work to recover from the injury or illness, you may be entited to receive weekly payments and necessary medical care until you are able to return to work that is reasonably available to you.

    It is against the law for an employer to harass, discharge, refuse to rehire or in any way discriminate against an employee for exercising his or her rights under Workers' Compensation or Occupational Diseases Acts. If you file a fraudulent claim, you may be penalized under the law.

4. **KEEP WITHIN THE TIME LIMITS.** Generally, claims must be filed within three years of the injury or disablement from an occupational disease, or within two years of the last workers' compensation payment, whichever is later. Claims for pneumoconiosis, radiological exposure, asbestosis or similar diseases have special requirements.

    Injured workers have the right to reopen their case within 30 months after an award is made if the disability increases, but cases that are resolved by a lump-sum settlement contract approved by the Commission cannot be reopened. Only settlements approved by the Commission are binding.

For more information, call or write the Illinois Industrial Commission at 312/814-6611 or 100 W. Randolph, #8-200. Chicago, IL 60601.

Employers must display this notice in a prominent place for all employees and complete the information below regarding the insurance company. Self-insured employers should list the person or firm responsible for handling the employer's workers' compensation claims.

Name    THE TRAVELERS INDEMNITY COMPANY

Business Address    P.O. BOX 5205
LISLE, IL 60532-3630

Business phone    (800) 238-6225

Effective date    07-01-02            Termination date    07-01-03

Policy number    (6KUB-898X252-0-02)        Employer's FEIN    363974335

Issued To:    ANGUS CONTRACTORS INC

Form ICPN                                                    W12P1F99



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

POLICY NUMBER:  (6KUB-898X252-0-02)

**FOR PRODUCER ONLY, BILLING SCHEDULE BY COMMISSION RATE**

| INSTALLMENT DUE DATE | AMOUNT | COMMISSION RATE |
|---|---|---|
| 07-01-02 | $    18193 | .0219 |
| 08-01-02 | $     4961 | .0219 |
| 09-01-02 | $     4961 | .0219 |
| 10-01-02 | $     4961 | .0219 |
| 11-01-02 | $     4961 | .0219 |
| 12-01-02 | $     4961 | .0219 |
| 01-01-03 | $     4961 | .0219 |
| 02-01-03 | $     4961 | .0219 |
| 03-01-03 | $     4961 | .0219 |
| 04-01-03 | $     4961 | .0219 |
| 05-01-03 | $     4961 | .0219 |
| 06-01-03 | $     4961 | .0219 |

THE AMOUNTS ABOVE WILL BE BILLED SEPARATELY.

DATE OF ISSUE: 07-19-02     ST ASSIGN:  IL



**IMPORTANT NOTICE**

Dear Producer,

    Travelers has a toll-free telephone reporting system for workers compensation claims.

**The number is 1-800-832-7839.**

    Telephone reporting is a valuable aid benefiting all parties. It reduces paper-work and claims handling time. Most importantly, it allows Travelers to immediately take charge of the claim with our managed care program. Early involvement by the employer and a Travelers claims case manager, will serve to speed an injured worker's return to work and lower overall claim costs.

    Your assistance in advising your insured about the value of this service in reducing claim costs will help Travelers form the essential coalition of employer, producer and servicing company.

    If you would like more information about this program or any other services available from The Travelers please contact our Service Center.

    Travelers is committed to providing the highest quality of service to their customers and appreciates your cooperation in these efforts.

                       Sincerely,

                       The Travelers

WIAC3H95

# EXHIBIT 2



Travelers

# SAFETY SERVICES

**Notice to policy recipient**: If you are not the person directly responsible for the accident prevention activities for your company, please direct this Safety Services notice to the person that is directly responsible for them.

## SAFETY IS OUR CONCERN

Thank you for purchasing your Workers' Compensation insurance. Along with your agent, we appreciate your business and welcome the opportunity to be of service.

An important part of that service concerns accident prevention and safety engineering. Our Loss Prevention & Engineering Division has the experience, resources and capabilities to provide a range of safety services including site surveys, phone consultations or the provision of selected safety material. The following are some examples of our available services:

**Accident Prevention** - Our staff can help you identify present and potential safety hazards in your operations, premises and equipment, recommending measures for reducing or eliminating these hazards.

**Analysis of Accident Causes** - Although you investigate and keep records of accidents, we're available to help if needed.

**Safety Consultations** - Our field staff, supported by Home Office and field specialists, can help you with special problems such as ergonomics.

**Industrial Hygiene/Health Services** - We have the facilities and resources to answer your questions concerning job related industrial hygiene/health issues and to measure exposure to industrial hygiene hazards.

**Safety Videos and Literature** - We can provide you with basic videos and literature to assist you in your loss control efforts. Also, we can put you in contact with several companies able to provide additional safety materials including brochures, pamphlets and videos.

**Safety Training** - We can help you improve your safety training programs.

**Internet Website** - Visit the Loss Prevention & Engineering website page for helpful safety information. **(http://www.travelerspc.com/safety).** This website also has hot links to other safety-related Internet sites. For all requests for loss control assistance ONLY, please directly contact your local office listed on the following pages

The Travelers will provide these services upon request. Telephone consultation is also available if the nature of the operations and hazards warrant such service. See the rest of this document for the Loss Prevention & Engineering office nearest to you.

## SAFETY IS YOUR CONCERN

U. S. employers spend billions of dollars each year on the direct and indirect costs of work-related accidents. Dollar figures can't begin to reflect the pain and suffering of an injured worker and his or her family. But they do give some indication of the multiple consequences of a job-related accident... loss of time, interrupted production, damaged materials and equipment, the expense of retraining or replacing an injured worker, possible legal action from government regulatory agencies, and increased insurance costs.

It makes good sense for both employers and their employees to actively participate in a sound accident prevention program. The success of such a program depends to a large extent on your commitment to safety procedures and accident prevention techniques. Safety is a management concern. Maybe we can help.

You may want to consider the following **"Safety Checkpoints"** as you evaluate your organization's safety activities:

**SELF-INSPECTION PROGRAM:**
* Do you conduct periodic surveys of premises?... equipment?... operations?
* Do you analyze each job to find inherent hazards?
* If you discover hazards, do you follow up with immediate corrective action?
* Do you monitor such action to make sure it is implemented and effective?

**ACCIDENT INVESTIGATION:**
* Do you investigate each accident?...determine the cause?
* Do you take immediate steps to prevent a recurrence?
* Do you keep records of accident investigations and follow-up measures?
* Do you complete accident statistics and analyze trends?

**EDUCATION AND TRAINING**
* Do you take the time to train each of your employees to perform tasks safely?
* Do more-experienced employees receive training to correct bad habits that have developed over time?
* Do all employees understand that safety is an important part of their jobs?

WUNT1C01



EXHIBIT
2

# FIELD OFFICE INFORMATION <u>FOR SAFETY SERVICES ONLY</u>

**ALABAMA**
Birmingham
3000 Riverchase Galleria,
Suite 600
Birmingham, AL 35244
(205) 982-4583

**ALASKA**
Seattle
1501 4th Avenue, Suite 400
Seattle, WA 98101
(206) 464-3471

**ARIZONA**
Phoenix
10000 N. 31st Ave., Suite D-300
P.O. Box 29034
Phoenix, AZ 85038-9034
(602) 861-8649

**ARKANSAS**
Dallas
7920 Belt Line Road
P.O. Box 660055
Dallas, TX 75266-0055
(972) 866-4194

**CALIFORNIA**
Diamond Bar
21688 Gateway Center Drive
P.O. Box 6512
Diamond Bar, CA 91765-8512
(909) 612-3500

Los Angeles
880 South Figueroa St. Suite 500
Los Angeles, CA 90017
(213) 533-3682

Sacramento
11090 White Rock Road
Rancho Cordova, CA 95670
(916) 638-6404

Walnut Creek
225 Lennon Lane, Suite 200
P.O. Box 8090
Walnut Creek, CA 94596-8090
(925) 945-4171

**COLORADO**
Denver
7600 E. Orchard Rd., Suite 380
Englewood, CO 80111
P.O. Box 173713
Denver, CO 80217
(303) 740-1691

**CONNECTICUT**
Hartford
300 Windsor Street
Hartford, CT 06120
(860) 954-7117

Stratford
99 Hawley Lane
Stratford, CT 06497
(203) 380-3535

**DELAWARE**
Baltimore
8013 Corporate Drive
White Marsh, MD 21236-4975
(410) 931-5159

**DISTRICT OF COLUMBIA**
Washington, DC
14048 Park East Circle
Chantilly, VA 20151
(703) 818-6765

**FLORIDA**
Orlando
1000 Legion Place
P.O. Box 3555
Orlando, FL 32802-3555
(407) 649-2596

**GEORGIA**
Atlanta
4400 North Point Parkway
Alpharetta, GA 30022
(770) 521-3020

**HAWAII**
Diamond Bar
21688 Gateway Center Drive
P.O. Box 6512
Diamond Bar, CA 91765-8512
(909) 612-3500

**IDAHO**
Portland, OR
9600 SW Oak St., Suite 430
P.O. Box 3841
Portland, OR 97208-3841
(503) 452-3269

**ILLINOIS**
Chicago
190 S. LaSalle Street
Suite 960
Chicago, IL 60603
(312) 609-2929

Naperville
215 Shuman Boulevard
P.O. Box 3208
Naperville, IL 60566-7208
(630) 961-8074

**INDIANA**
Indianapolis
6081 E. 82nd St.,
P.O. Box 50485
Indianapolis, IN 46250-0485
(317) 841-2966

**IOWA**
Kansas City
7600 College Blvd.
Overland Park, KS 66210
(913) 661-3679

**KANSAS**
Kansas City
7600 College Blvd.
Overland Park, KS 66210
(913) 661-3679

**KENTUCKY**
Louisville
9100 Shelbyville Road, Suite 250
Louisville, KY 40222
(502) 423-5447

**LOUISIANA**
New Orleans
3900 N. Causeway, Suite 860
Metairie, LA 70002
P.O. Box 61479
New Orleans, LA 70161-1479
(504) 832-7560

**MAINE**
Portland
207 Larrabee Road Suite 3
Westbrook. ME 04092
(207) 857-2021

**MARYLAND**
Baltimore
8013 Corporate Drive
White Marsh, MD 21236-4975
(410) 931-5159

**MASSACHUSETTS**
Boston
125 High Street
Oliver Street Tower 18th Floor
Boston, MA 02101
(617) 772-2628

Hudson
1 Cabot Road, Suite 200
Hudson, MA 01749
(508) 562-4908

Quincy
300 Crown Colony Drive
Quincy, MA 02169
P.O. Box 943
Boston, MA 02103-0943
(617) 984-1281

**MICHIGAN**
Grand Rapids
3777 Sparks Ave., SE
P.O. Box 3010
Grand Rapids, MI 49501-0323
(616) 942-4344

Southfield
26555 Evergreen Rd., Suite 1240
Southfield, MI 48076-4385
(248) 423-2299

WUNT1C01

## FIELD OFFICE INFORMATION <u>FOR SAFETY SERVICES ONLY</u> (Cont'd)

**MINNESOTA**
Minneapolis
6465 Wayzata Blvd., 5th Floor
P.O. Box 35
Minneapolis, MN 55440-0035
(952) 541-4265

**MISSISSIPPI**
New Orleans
3900 N. Causeway, Suite 816
Metairie, LA 70002
P.O. Box 61479
New Orleans, LA 70161-1479
(504) 832-7560

**MISSOURI**
St. Louis
One City Place Drive
Creve Coeur, MO 63141
P.O. Box 66852
St. Louis, MO 63166-6852
(314) 994-2372

Kansas City
7600 College Blvd.
Overland Park, KS 66210
(913) 661-3679

**Missouri Workers'**
**Compensation Plan (MWCP)**
951 Hornet Drive
P.O. Box 42021
Hazelwood, MO 63042-2309
(314) 551-3208

**MONTANA**
Portland, OR
9600 SW Oak Street, Suite 430
P.O. Box 3841
Portland, OR 97208-3841
(503) 452-3269

**NEBRASKA**
Omaha
1044 North 115th St., Suite 210
P.O. Box 3367
Omaha, NE 68103-0367
(402) 498-4627

**NEVADA**
Walnut Creek
225 Lennon Lane, Suite 200
P.O. Box 8090
Walnut Creek, CA 94596-8090
(925) 945-4171

**NEW HAMPSHIRE**
Portland, ME
207 Larrabee Road Suite 3
Westbrook. ME 04092
(207) 857-2021

**NEW JERSEY**
Morris Plains
1100 American Road, 2nd Floor
Morris Plains, NJ 07950
(973) 606-5299

Philadelphia
1800 JFK Blvd., 3rd Floor
Philadelphia, PA 19103
(215) 523-5292

**NEW MEXICO**
Dallas
7920 Belt Line Road
P.O. Box 660055
Dallas, TX 75266-0055
(972) 866-4194

**NEW YORK**
Albany
80 Wolf Road
P.O. Box 199
Albany, NY 12201-0199
(518) 454-4556

Buffalo
60 Lakefront Blvd.
P.O. Box 242
Buffalo, NY 14240-0242
(716) 855-5673

East Meadow
90 Merrick Ave., 4th Floor
East Meadow, NY 11554-1593
(516) 296-2238

New York
One Whitehall Street
New York, NY 10004-2108
(212) 859-3436

Rochester
75 Town Centre Drive
P.O. Box 23235
Rochester, NY 14692-3235
(716) 321-8101

Syracuse
440 South Warren Street
P.O. Box 4963
Syracuse, NY 13221-4963
(315) 424-7231

**NORTH CAROLINA**
Charlotte
11440 Carmel Commons Blvd.
P.O. Box 473500
Charlotte, NC 28247-3500
(704) 540 3216

Raleigh
3733 National Drive, Suite 200
Raleigh, NC 27612
(919) 420-1860

**NORTH DAKOTA**
Minneapolis
6465 Wayzata Blvd., 5th Floor
P.O. Box 35
Minneapolis, MN 55440-0035
(952) 541-4265

**OHIO**
Cincinnati
895 Central Avenue, Suite 800
Cincinnati, OH 45202
(513) 639-5361

Cleveland
Skylight Office Tower
1660 W. 2nd St., Suite 500
Cleveland, OH 44113-1454
(216) 348-7512

**OKLAHOMA**
Tulsa
9820 East 41st Street, Suite 401
P.O. Box 3510
Tulsa, OK 74101
(918) 624-2730

**OREGON**
Portland, OR
9600 SW Oak Street, Suite 430
P.O. Box 3841
Portland, OR 97208-3841
(503) 452-3269

**PENNSYLVANIA**
Harrisburg
5001 Louise Drive
Mechanicsburg, PA 17055
(717) 691-5101

Philadelphia
1800 JFK Blvd., 3rd Floor
Philadelphia, PA 19103
(215) 523-5292

Pittsburgh
800 Two Chatham Center
Pittsburgh, PA 15219-2502
(412) 338-3082

Reading
1105 Berkshire Blvd.
P.O. Box 13426
Wyomissing, PA 19612-3426
(610) 371-3724

**RHODE ISLAND**
Quincy
300 Crown Colony Drive
Quincy, MA 02169
P.O. Box 943
Boston, MA 02103-0943
(617) 984-1281

FIELD OFFICE INFORMATION <u>FOR SAFETY SERVICES ONLY</u> (Cont'd)

**SOUTH CAROLINA**
Charlotte
11440 Carmel Commons Blvd.
P.O. Box 473500
Charlotte, NC 28247-3500
(704) 540-3216

**SOUTH DAKOTA**
Omaha
1044 North 115th St., Suite 210
P.O. Box 3367
Omaha, NE 68103-0367
(402) 498-4627

**TENNESSEE**
Memphis
6750 Poplar Ave., Suite 408
P.O. Box 171812
Memphis, TN 38187
(901) 756-3011

Nashville
902 Overlook Blvd., Suite 150
Brentwood, TN 37027
(615) 372-7747

**TEXAS**
Dallas
7920 Belt Line Road
P.O. Box 660055
Dallas, TX 75266-0055
(972) 866-4194

Houston
10800 Richmond Ave., Suite 120
P.O. Box 42928
Houston, TX 77242-2928
(713) 787-4027

**UTAH**
Denver
7600 E. Orchard Rd., Suite 380
Englewood, CO 80111
P.O. Box 173713
Denver, CO 80217
(303) 740-1691

**VERMONT**
Portland
207 Larrabee Road, Suite 3
Westbrook, ME 04092
(207) 857-2021

**VIRGINIA**
Richmond
300 Arboretum Place
P.O. Box 26426
Richmond, VA 23260-6426
(804) 330-6060

Washington, DC
14048 Park East Circle
Chantilly, VA 20151
(703) 818-6765

**WASHINGTON**
Seattle
1501 4th Avenue, 10th Floor
Settle, WA 98101
(206) 464-3471

**WEST VIRGINIA**
Pittsburgh
800 Two Chatham Center
Pittsburgh, PA 15219-2502
(412) 338-3082

**WISCONSIN**
Milwaukee
445 S. Moorland Ave., 2nd Floor
Brookfield, WI 53005
P.O. Box 3032
Milwaukee, WI 53201-3032
(262) 797-3113

**WYOMING**
Denver
7600 E. Orchard Rd., Suite 380
Englewood, CO 80111
P.O. Box 173713
Denver, CO 80217
(303) 740-1691



# WORKERS COMPENSATION
## AND
# EMPLOYERS LIABILITY POLICY

**A Custom Insurance Policy Prepared for:**

ANGUS CONTRACTORS INC
PO BOX 569
WAYNE IL 60184


Travelers

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

TYPE AR    INFORMATION PAGE WC 00 00 01 ( A)

POLICY NUMBER: (6KUB-898X252-0-03)

RENEWAL OF (6KUB-898X252-0-02)

INSURER: THE TRAVELERS INDEMNITY COMPANY

**NCCI CO CODE: 11347**

1.

INSURED:                          PRODUCER:

ANGUS CONTRACTORS INC            PINNACLE INS AGENCY INC
PO BOX 569                       23 N LINCOLNWAY
WAYNE IL 60184                    NORTH AURORA IL 60542

Insured is A CORPORATION

Other work places and identification numbers are shown in the schedule(s) attached.

2. The policy period is from  07-01-03 to  07-01-04 12:01 A.M. at the insured's mailing address.

3. **A. WORKERS COMPENSATION INSURANCE:** Part One of the policy applies to the Workers
   Compensation Law of the state(s) listed here:

   IL

   **B. EMPLOYERS LIABILITY INSURANCE:** Part Two of the policy applies to work in each state listed in
   item 3.A. The limits of our liability under Part Two are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident: $ | 1000000 | Each Accident |
   | Bodily Injury by Disease: $ | 1000000 | Policy Limit |
   | Bodily Injury by Disease: $ | 1000000 | Each Employee |

   **C. OTHER STATES INSURANCE:** Part Three of the policy applies to the states, if any, listed here:

   REFER TO RESIDUAL MARKET LIMITED OTHER STATES INSURANCE
   ENDORSEMENT WC 00 03 26

   **D.** This policy includes these endorsements and schedules:

   SEE LISTING OF ENDORSEMENTS - EXTENSION OF INFO PAGE

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating
   Plans. All required information is subject to verification and change by audit to be made ANNUALLY.

DATE OF ISSUE: 07-11-03  KF                              ST ASSIGN: IL
       OFFICE: ORLANDO              893
    PRODUCER: PINNACLE INS AGENCY INC        27SLK


Travelers

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

TYPE AR   INFORMATION PAGE WC 00 00 01 ( A)

POLICY NUMBER:  (6KUB-898X252-0-03)

**CLASSIFICATION SCHEDULE:**

| CLASSIFICATIONS | CODE NO | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|

SEE EXTENSION OF INFORMATION PAGE - SCHEDULE(S)

SIC-CODE:  1771

```
---------------------------------------------------------------------------
                                                        STANDARD
           TOTAL ESTIMATED ANNUAL STANDARD PREMIUM  $    94083
                                PREMIUM DISCOUNT           NONE
                      0900-12 EXPENSE CONSTANT              260
                  TERRORISM RISK INS ACT 2002              362
                           TOTAL ESTIMATED PREMIUM        94705
                              DEPOSIT AMOUNT DUE          94705
```

A/R (WCIP) #

Minimum Premium:  $ 750            EMPLOYERS LIABILITY MINIMUM: $ 150

DATE OF ISSUE:  07-11-03  KF                              ST ASSIGN: IL
        OFFICE: ORLANDO              893
     PRODUCER: PINNACLE INS AGENCY INC   27SLK



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (6KUB-898X252-0-03)

INSURER: THE TRAVELERS INDEMNITY COMPANY

11347-IL

INSURED'S NAME: ANGUS CONTRACTORS INC

RATE BUREAU ID: 127479755

EXP. MOD. EFFECTIVE DATE: 07-01-03

| CLASSIFICATION | CODE | PREMIUM BASIS<br>ESTIMATED<br>TOTAL ANNUAL<br>REMUNERATION | RATES<br>PER $100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 363974335 ENTITY CD 001 | | | | |
| ANGUS CONTRACTORS INC | | | | |
| 4N211 WOODLAND TRAIL WEST<br>WAYNE, IL 60184 | | | | |
| CONCRETE CONSTRUCTION NOC | 5213 | IF ANY | 35.18 | |
| CONCRETE OR CEMENT WORK-<br>FLOORS, DRIVEWAYS, YARDS OR<br>SIDEWALKS & DRIVERS | 5221 | 440000 | 14.05 | 61820 |
| CONTRACTOR-EXECUTIVE<br>SUPERVISOR OR CONSTRUCTION<br>SUPERINTENDENT | 5606 | IF ANY | 4.70 | |
| SALESPERSONS, COLLECTORS OR<br>MESSENGERS-OUTSIDE | 8742 | 63800 | .69 | 440 |

DATE OF ISSUE: 07-11-03 KF          ST ASSIGN: IL          SCHEDULE NO:   1  OF MORE

 **Travelers**

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (6KUB-898X252-0-03)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 220000 | .39 | 858 |

```
------------------------------------------------------------------------
         2.80% EMPL. LIAB. INCREASED LIMITS(9812)  $      1767
   TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION        64885
   EXPERIENCE MODIFICATION: 1.45 MODIFIED PREMIUM          94083
         TOTAL ESTIMATED ANNUAL STANDARD PREMIUM           94083
                       EXPENSE CONSTANT(0900)                260
            TERRORISM RISK INS ACT 2002 (9740)              362
                     TOTAL ESTIMATED PREMIUM               94705
                         DEPOSIT AMOUNT DUE                94705
```

DATE OF ISSUE: 07-11-03 KF        ST ASSIGN: IL        SCHEDULE NO:    2  OF LAST



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 00 01 (A )

POLICY NUMBER:  (6KUB-898X252-0-03)

LISTING OF ENDORSEMENTS
EXTENSION OF INFO PAGE

We agree that the following listed endorsements form a part of this policy on its effective date.

```
WC 00 00 01  A - 001      INFORMATION PAGE
WC 00 00 01  A - 001      INFORMATION PAGE 2
WC 00 00 01  A - 001      EXTENSION OF INFORMATION PAGE - SCHEDULE
WC 00 00 01  A - 001      ENDORSEMENT LISTING
WC 00 03 26  A - 001      LIMITED OTHER STATES INSURANCE END
WC 00 04 14 00 - 001      NOTIFICATION OF CHANGE IN OWNERSHIP ENDT
WC 00 04 17 00 - 001      A/R LSRP NOTIFICATION ENDORSEMENT
WC 00 04 20 OO - 001      TERRORISM RISK INS ACT ENDT
WC 12 06 01  C - 001      ILLINOIS AMENDATORY ENDORSEMENT
```

WC 00 00 00 (A)

# The Travelers Insurance Companies

(Each a Stock Insurance Company)

Hartford, Connecticut

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who Is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE — WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.
2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;
3. litigation costs taxed against you;
4. interest on a judgment as required by law until we offer the amount due under this insurance; and
5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law.

Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

    a. benefits payable by this insurance;

    b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO — EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment,

claimed against you in a capacity other than as employer.

### C. Exclusions

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions.

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws.

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws.

10. bodily injury to a master or member of the crew of any vessel.

11. fines or penalties imposed for violation of federal or state law.

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D.  We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E.  We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgement as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**F.  Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is ex-

hausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G.  Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below:

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H.  Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I.  Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgement.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE—OTHER STATES INSURANCE

**A.  How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if

we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B.  Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.
2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.
3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.
4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.
5. Do nothing after an injury occurs that would interfere with our right to recover from others.
6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE – PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. All your officers and employees engaged in work covered by this policy; and
2. All other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX – CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

In witness whereof, the company has caused this policy to be signed by its President and Secretary at Hartford, Connecticut and countersigned on the Information page by a duly authorized agent of the company.

*Secretary*                 *President*

**WC 00 00 00 (A)**



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

POLICY NUMBER:  (6KUB-898X252-0-03)

BILLING SCHEDULE

| INSTALLMENT DUE DATE | AMOUNT | |
|---|---|---|
| 07-01-03 | $ | 23667 |
| 08-01-03 | $ | 6458 |
| 09-01-03 | $ | 6458 |
| 10-01-03 | $ | 6458 |
| 11-01-03 | $ | 6458 |
| 12-01-03 | $ | 6458 |
| 01-01-04 | $ | 6458 |
| 02-01-04 | $ | 6458 |
| 03-01-04 | $ | 6458 |
| 04-01-04 | $ | 6458 |
| 05-01-04 | $ | 6458 |
| 06-01-04 | $ | 6458 |

THE AMOUNTS ABOVE WILL BE BILLED SEPARATELY.

DATE OF ISSUE: 07-11-03     ST ASSIGN:  IL



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 03 26 ( A)

POLICY NUMBER:  (6KUB-898X252-0-03)

# RESIDUAL MARKET
# LIMITED OTHER STATES INSURANCE ENDORSEMENT

"Part Three – Other States Insurance" of the policy is replaced by the following:

**PART THREE OTHER STATES INSURANCE**

**A.  How This Insurance Applies**

1.  We will pay promptly when due the benefits required of you by the workers compensation law of any state not listed in Item 3.A. of the Information Page if all of the following conditions are met:

    a.  The employee claiming benefits was either hired under a contract of employment made in a state listed in Item 3.A. of the Information Page or was, at the time of injury, principally employed in a state listed in Item 3.A. of the Information Page; and

    b.  The employee claiming benefits is not claiming benefits in a state where, at the time of injury, (i) you have other workers compensation insurance coverage, or (ii) you were, by virtue of the nature of your operations in that state, required by that state's law to have obtained separate workers compensation insurance coverage, or (iii) you are an authorized self-insurer or participant in a self-insured group plan; and

    c.  The duration of the work being performed by the employee claiming benefits in the state for which that employee is claiming benefits is temporary.

2.  If we are not permitted to pay the benefits directly to persons entitled to them and all of the above conditions are met, we will reimburse you for the benefits required to be paid.

3.  This insurance does not apply to fines or penalties arising out of your failure to comply with the requirements of the workers compensation law.

### IMPORTANT NOTICE!

If you hire any employees outside those states listed in Item 3.A. on the Information Page or begin operations in any such state, you should do whatever may be required under that state's law, as this endorsement does not satisfy the requirements of that state's workers compensation law.

DATE OF ISSUE:  07-11-03          ST ASSIGN:  IL



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 04 14 (00)

POLICY NUMBER:  (6KUB-898X252-0-03)

# NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds.  The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.  Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change.  Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

DATE OF ISSUE: 07-11-03        ST ASSIGN:  IL



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 00 04 17 (00)

POLICY NUMBER:  (6KUB-898X252-0-03)

# ASSIGNED RISK LOSS SENSITIVE RATING PLAN NOTIFICATION ENDORSEMENT

This endorsement is issued because you may qualify to have the cost of your insurance subject to the assigned risk mandatory Loss Sensitive Rating Plan (LSRP).

Eligibility:

1. Your insurance is written under Workers Compensation Insurance Plan (WCIP) in a state which has adopted the Loss Sensitive Rating Plan (LSRP).

2. The LSRP shall apply to an individual assigned risk policy if the total annual estimated Standard Premium or preliminary physical audit premium equals or exceeds the amount noted in the schedule.

3. A decrease in premium during the first 120 days of coverage which results in the premium falling below the LSRP premium eligibility threshold, shall result in the conversion of the policy to a guaranteed cost policy, retroactive to policy inception.

4. An increase in premium during the first 120 days of coverage which qualifies an employer for the LSRP shall result in the retroactive application of the LSRP to policy inception.

5. After the first 120 days of the coverage term, if it is determined that an employer qualifies for LSRP, the policy shall not be changed until renewal.

6. Notwithstanding, anything above to the contrary, any attempt to avoid the application of the LSRP arising from a misrepresentation or omission by you, your agent, employees, officers or directors shall result in the pro rata application of LSRP from the date upon which it would have applied had such misrepresentation or omission not been made.

7. The LSRP will apply on an interstate basis when the estimated aggregate (total of all states having approved LSRP) annual standard premium meets the premium eligibility requirement for the LSRP state generating the largest premium.

This plan will adjust your premium for this insurance based upon the losses incurred during the period covered by this insurance.

This endorsement applies in the states listed in the schedule below.

## SCHEDULE

| STATE | PREMIUM ELIGIBILITY |
|---|---|
| Alabama | $200,000 |
| Alaska | $200,000 |
| Connecticut | $200,000 |
| District of Columbia | $200,000 |
| Georgia | $200,000 |
| Idaho | $200,000 |
| Illinois | $200,000 |
| Indiana | $100,000 |
| Kansas | $200,000 |
| Nevada | $200,000 |
| New Hampshire | $175,000 |
| North Carolina | $200,000 |
| South Dakota | $200,000 |

DATE OF ISSUE:   07-11-03      ST ASSIGN:  IL

(Rev. 03-03)



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 00 04 20 (OO)

POLICY NUMBER: (6KUB-898X252-0-03)

# TERRORISM RISK INSURANCE ACT ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002.

**Definitions**

The definitions provided in this endorsement are based on the definitions in the Act and are intended to have the same meaning. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments.

"Act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    a. The act is an act of terrorism.

    b. The act is violent or dangerous to human life, property or infrastructure.

    c. The act resulted in damage within the United States, or outside of the United States in the case of United States missions or certain air carriers or vessels.

    d. The act has been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured terrorism or war loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at United States missions or to certain air carriers or vessels.

"Insurer deductible" means:

    a. For the period beginning on November 26, 2002 and ending on December 31, 2002, an amount equal to 1% of our direct earned premiums, as provided in the Act, over the calendar year immediately preceding November 26, 2002.

    b. For the period beginning on January 1, 2003 and ending on December 31, 2003, an amount equal to 7% of our direct earned premiums, as provided in the Act, over the calendar year immediately preceding January 1, 2003.

    c. For the period beginning on January 1, 2004 and ending on December 31, 2004, an amount equal to 10% of our direct earned premiums, as provided in the Act, over the calendar year immediately preceding January 1, 2004.

    d. For the period beginning on January 1, 2005 and ending on December 31, 2005, an amount equal to 15% of our direct earned premiums, as provided in the Act, over the calendar year immediately preceding January 1, 2005.

**Limitation of Liability**

The Act may limit our liability to you under this policy. If annual aggregate insured terrorism or war losses of all insurers exceed $100,000,000,000 during the applicable period provided in the Act, and if we have met our insurer deductible, the amount we will pay for insured terrorism or war losses under this policy will be limited by the Act, as determined by the Secretary of the Treasury.



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT WC 00 04 20 (OO)

POLICY NUMBER: (6KUB-898X252-0-03)

**Policyholder Disclosure Notice**

1. Insured terrorism or war losses would be partially reimbursed by the United States Government under a formula established by the Act. Under this formula, the United States would pay 90% of our insured terrorism or war losses exceeding our insurer deductible.

2. The additional premium charged for the coverage this policy provides for insured terrorism or war losses is shown in Item 4 of the Information Page or the Schedule below.

### Schedule

| State | Rate per $100 of Remuneration |
|---|---|
| Alabama | 0.03 |
| Alaska | 0.04 |
| Arizona | 0.03 |
| Arkansas | 0.03 |
| Connecticut | 0.04 |
| Delaware | 0.03 |
| District of Columbia | 0.07 |
| Georgia | 0.03 |
| Idaho | 0.03 |
| Illinois | 0.05 |
| Indiana | 0.02 |
| Iowa | 0.03 |
| Kansas | 0.03 |
| Massachusetts | 0.03 |
| Michigan | 0.01 |
| Mississippi | 0.03 |
| Missouri | 0.00 |
| Nebraska | 0.05 |
| Nevada | 0.03 |
| New Hampshire | 0.03 |
| New Jersey | 0.02 |
| New Mexico | 0.03 |
| North Carolina | 0.03 |
| Oregon | 0.03 |
| South Carolina | 0.03 |
| South Dakota | 0.03 |
| Tennessee | 0.04 |
| Vermont | 0.03 |
| Virginia | 0.04 |
| Wisconsin | 0.03 |



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 12 06 01 ( C)

POLICY NUMBER:  (6KUB-898X252-0-03)

# ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Six (Conditions), Condition A. **Inspection**, Condition D. **Cancellation** and Condition E. **Sole Representative** of the policy are replaced by these four Conditions.

## Inspection

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

## Cancellation

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will mail to each named insured and to the broker or the agent of record advance written notice stating when the cancellation is to take effect.

3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:

   a. at least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;

   b. at least 60 days before the cancellation is to take effect if the policy has been in force for more than 60 days.

4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:

   a. Nonpayment of premium

   b. The policy was issued because of a material misrepresentation.

   c. You violated any of the material terms and conditions of the policy.

   d. There are unfavorable underwriting factors, specific to you, that were not present when the policy took effect.

   e. The Director has determined that we no longer have adequate reinsurance to meet our needs.

   f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

5. Our notice of cancellation will state our reasons for canceling.

6. The policy period will end on the day and hour stated in the cancellation notice.

## Nonrenewal

1. We may elect not to renew the policy. If we fail to give 60 days notice, the policy will automatically be extended for one year. Mailing that notice to you at your last known mailing address will be sufficient to prove notice. An exact and unaltered copy of such notice shall be sent to the insured's broker, if known, or the agent of record at the last mailing address known by the company.

2. Our notice of nonrenewal will state our reasons for not renewing.



WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 12 06 01 ( C )

POLICY NUMBER:  (6KUB-898X252-0-03)

3.  If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

a.  We show you a willingness to renew the policy; or

b.  You notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

c.  You fail to pay all premiums when due; or

d.  You obtain other insurance as a replacement of the policy.

**Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium or to give us notice of cancellation.

Part Five (Premium), Section G. **Audit** is replaced by this Section.

**Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

## MEDICAL AUTHORIZATION

RE: Name:                                    Date:
    SS#:                                     Claim Number:
    DOB:

YOU ARE HEREBY AUTHORIZED TO RELEASE TO

Travelers Indemnity Company and its Property/Casualty affiliates
or Constitution State Services, LLC
215 Shuman Boulevard
Naperville, IL 60567
Fax: 877/786-5567

or any representative acting on its behalf, including my employer, and to permit them to examine and/or copy:

Any and all hospital records, medical records, psychological records, x-ray films and their reports, all tests of any type and character and their reports, statements of charges and any and all records of medical care, history, condition, treatment, diagnosis, prognosis, etiology or expense in your possession or control pertaining to the undersigned. (Illinois Mental Health and Developmental Disabilities Confidentiality Act—REF. 740 ILCS 110/1 et seq; and, Illinois Workers Compensation Act 820 ILCS 305/8(a))

You are also authorized to discuss with them my injuries, physical condition, treatment and care and to furnish them with a written report regarding same.

The purpose for releasing this information is:

(A)   To facilitate the evaluation of my claim for Workers' Compensation benefits. (REF: 50 IL Admin Code, Ch II § 7110.70).

(B)   To permit said disclosed information to be admitted into evidence at a hearing on my claim for said benefits pursuant to the appropriate rules of practice before the Illinois Industrial Commission.

A photostatic copy of this authorization shall be as valid as the original. This authorization is valid for the duration of the claim.

You are hereby released from any and all liability or responsibility, which could or might result because of the disclosure of any information pursuant to this authorization.

_____          _____
             DATE                                          SIGNATURE


                                   _____
                                     PRINT NAME

W12C1A03



# Hydraulics vs. Illinois Industrial Commission

The above captioned case law has significantly impacted the manner in which insurers and **employers** are able to obtain medical information on Workers Compensation cases within the Benefit State of Illinois. This decision makes *ex-parté* (direct and unauthorized) communications to any and all injured worker's medical providers unlawful if a signed waiver from the employee or, if represented, his/her attorney has not been obtained.

In March, 2002, in the case of *Hydraulics vs. The Illinois Industrial Commission*, the Appellate Court held that *ex-parté* communication between the carrier/employer and medical provider is unlawful without a signed waiver from the employee or, if represented, his/her attorney. The Hydraulics case was appealed to the Illinois Supreme Court. In October 2002, the Supreme Court declined to hear this case.

### Impact for Travelers Customers

- With the need to obtain a waiver, there will be a delay in obtaining medical information in most, if not all claims. As Travelers believes in early and aggressive claim management, this delay or inability to obtain needed medical information from providers may have an unfavorable impact on our ability to manage the claim to its best possible outcome.

- Although there is no precedent for this type of judicial mandate, we are projecting that a majority of injured workers will execute a waiver upon presenting a claim. On those claims where a waiver is not voluntarily signed, and where we are not able to confirm medical causation without this information, we may be forced to deny the claim. We hope we can avoid these situations with full cooperation by employers, injured workers, and physicians.

- Possible increased involvement of attorneys/filings may occur as a result of the denial trend noted above and the possible delay in issuing TTD benefits or medical bill payment pending receipt of the waivers.

### What Can Employers Do?

- The Hydraulic decision applies to both insurers and employers. Thus, employers are barred from direct communication to medical providers of their injured workers unless they have obtained the signed waiver release.

- Assist Travelers/CSS in getting the waiver signed prior to reporting a claim. Employers will be provided a waiver form both manually and/or electronically to facilitate this process.

- Consult your legal department if you are in doubt about any such actions that you are contemplating regarding direct communication with injured worker's medical providers.

### What is Travelers doing?

- We have redesigned our workflow process for Illinois WC claims to accommodate the Hydraulics mandates.

- We are providing waivers to injured workers, employers and medical providers to facilitate an early execution of the waiver. We have been working closely with our network providers to further expedite this process.

- We are working with AIA to identify the most appropriate industry actions to address the Hydraulics impact.

If you have further questions, please contact Jim Wucherpfennig at 630-961-8811.

---

WC Claim Services                                                                                       10/28/2002

This document is intended to provide general information about the potential impact of the Hydraulics vs. Illinois Industrial Commission decision, and should not be construed as providing legal advice or legal opinions. You should consult an attorney for any specific legal questions.

W12C2A03



**WORKERS COMPENSATION TELEPHONE REPORTING**

Dear Employer,

We would like to take this opportunity to remind you about our toll-free telephone reporting service to report employee injuries.

**The number is 1-800-832-7839.**

As you know, this service has been designed to save you time, reduce paperwork, and reduce the cost of workers compensation insurance. We hope you found this new reporting service to be beneficial by reducing your time and effort involved with the reporting of a claim.

The rising cost of workers compensation insurance is of concern to you and other employers in your state, as it is to Travelers. Travelers has made this service available so that we can better control claim costs and reduce the ever growing costs of the workers compensation system.

If you would like more information about this program or any other services available from The Travelers please contact our Service Center.

Travelers is committed to providing the highest quality of service to their customers insured through the Assigned Risk Plan and appreciates your cooperation in these efforts.

Sincerely,


The Travelers


WIAC2H95

# ATTENTION

# NOTICE TO POLICYHOLDERS

IF YOU HAVE EMPLOYEES WHO TRAVEL OR WORK
OUT OF STATE, YOU MAY NEED ADDITIONAL
WORKERS' COMPENSATION INSURANCE.
CONSULT YOUR INSURANCE ADVISOR OR  CARRIER
PRIOR TO COMMENCEMENT OF  OPERATIONS IN
ANY STATE NOT LISTED ON YOUR POLICY.

WIAN8A97

# NOTICE TO EMPLOYEES
# FROM THE STATE OF ILLINOIS:



**WORKERS' COMPENSATION** is a system of benefits provided by law to most workers who have job-related injuries or illnesses. Benefits are paid for injuries that are caused, in whole or in part, by an employee's work. This may include the aggravation of a pre-existing condition, injuries brought on by the repetitive use of a part of the body, heart attacks, or any other physical problem caused by work. Benefits are paid regardless of fault.

## IF YOU SUFFER FROM A WORK-RELATED INJURY OR ILLNESS, YOU SHOULD TAKE THE FOLLOWING STEPS:

1. **GET MEDICAL ASSISTANCE.** By law, your employer must pay for all necessary medical services required to cure or relieve the effects of the injury or illness. The employee may choose two physicians, surgeons, or hospitals. Where necessary, the employer must also pay for physical, mental, or vocational rehabilitation, within prescribed limits.

2. **NOTIFY YOUR EMPLOYER.** You must notify your employer of the accidental injury or illness within 45 days, either orally or in writing. To avoid possible delays, it is recommended the notice also include your name, address, telephone number, Social Security number, and a brief description of the injury or illness.

3. **LEARN YOUR RIGHTS.** Your employer is required by law to report accidents that result in more than three lost work days to the Industrial Commission. Once the accident is reported, you should receive a handbook that explains the law, benefits, and procedures. If you need a handbook, please call the Industrial Commission.

   If you must lose time from work to recover from the injury or illness, you may be entited to receive weekly payments and necessary medical care until you are able to return to work that is reasonably available to you.

   It is against the law for an employer to harass, discharge, refuse to rehire or in any way discriminate against an employee for exercising his or her rights under Workers' Compensation or Occupational Diseases Acts. If you file a fraudulent claim, you may be penalized under the law.

4. **KEEP WITHIN THE TIME LIMITS.** Generally, claims must be filed within three years of the injury or disablement from an occupational disease, or within two years of the last workers' compensation payment, whichever is later. Claims for pneumoconiosis, radiological exposure, asbestosis or similar diseases have special requirements.

   Injured workers have the right to reopen their case within 30 months after an award is made if the disability increases, but cases that are resolved by a lump-sum settlement contract approved by the Commission cannot be reopened. Only settlements approved by the Commission are binding.

For more information, call or write the Illinois Industrial Commission at 312/814-6611 or 100 W. Randolph, #8-200. Chicago, IL 60601.

---

Employers must display this notice in a prominent place for all employees and complete the information below regarding the insurance company. Self-insured employers should list the person or firm responsible for handling the employer's workers' compensation claims.

Name  THE TRAVELERS INDEMNITY COMPANY

                  P.O. BOX 5205

Business Address  LISLE, IL 60532-3630

Business phone  (800) 238-6225

Effective date  07-01-03          Termination date  07-01-04

Policy number  (6KUB-898X252-0-03)          Employer's FEIN  363974335

              ANGUS CONTRACTORS INC

Issued To:

 **Travelers**

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

POLICY NUMBER:  (6KUB-898X252-0-03)

### FOR PRODUCER ONLY, BILLING SCHEDULE BY COMMISSION RATE

| INSTALLMENT DUE DATE | AMOUNT | COMMISSION RATE |
|---|---|---|
| 07-01-03 | $    23667 | .0215 |
| 08-01-03 | $     6458 | .0215 |
| 09-01-03 | $     6458 | .0215 |
| 10-01-03 | $     6458 | .0215 |
| 11-01-03 | $     6458 | .0215 |
| 12-01-03 | $     6458 | .0215 |
| 01-01-04 | $     6458 | .0215 |
| 02-01-04 | $     6458 | .0215 |
| 03-01-04 | $     6458 | .0215 |
| 04-01-04 | $     6458 | .0215 |
| 05-01-04 | $     6458 | .0215 |
| 06-01-04 | $     6458 | .0215 |

THE AMOUNTS ABOVE WILL BE BILLED SEPARATELY.

DATE OF ISSUE: 07-11-03        ST ASSIGN:  IL



## IMPORTANT NOTICE

Dear Producer,

Travelers has a toll-free telephone reporting system for workers compensation claims.

**The number is 1-800-832-7839.**

Telephone reporting is a valuable aid benefiting all parties. It reduces paper-work and claims handling time. Most importantly, it allows Travelers to immediately take charge of the claim with our managed care program. Early involvement by the employer and a Travelers claims case manager, will serve to speed an injured worker's return to work and lower overall claim costs.

Your assistance in advising your insured about the value of this service in reducing claim costs will help Travelers form the essential coalition of employer, producer and servicing company.

If you would like more information about this program or any other services available from The Travelers please contact our Service Center.

Travelers is committed to providing the highest quality of service to their customers and appreciates your cooperation in these efforts.

Sincerely,


The Travelers


WIAC3H95